THIS IS A COPY
The Authoritative Copy of this record is held at NA3.docusign.net

EXHIBIT
A-1

finance made friendly

# Contrato de préstamo de Loanpal

## PARA

COPY VIEW

Imelda Lopez — DS IL

Donaciano Lopez — DS DL

THIS IS A COPY
The Authoritative Copy of this record is held at NA3.docusign.net

LOANPAL
finance made friendly

¡Felicitaciones!

## Gracias por elegir a Loanpal como su proveedor del préstamo solar.

En este Paquete, usted estará firmando su contrato de préstamo con los siguientes términos.

### Términos Clave del Préstamo

| $38,750.00 | 25 AÑOS | 2.99 % |
|---|---|---|
| Monto del préstamo | Plazo del préstamo | Taza de interés y porcentual anual |
| DS IL DS DL | DS IL DS DL | DS IL DS DL |

$138.58 — Pago Mensual Inicial de Loanpal por los primeros 18 meses DS IL DS DL

$188.36 — Su pago mensual ajustado de Loanpal a partir del mes 19 hasta el fin del plazo de su préstamo si usted no hace ningún pago anticipado en los primeros 18 meses.

*Su préstamo está diseñado para reamortizar al final del mes 18. Si usted elige hacer prepagos anticipados en su préstamo que equivalen al 26% del monto del préstamo antes del final del mes 18, su pago se quedará aproximadamente igual a su pago mensual inicial durante el resto del plazo de su préstamo. Si usted no hace ningún pago anticipado, su pago mensual del préstamo subirá al monto ajustado.

Iniciales del Prestatario DS IL Iniciales del Aval DS DL

La fecha de inicio del préstamo es la fecha en la que le desembolsemos las ganancias del préstamo a su contratista. Los intereses del préstamo comenzarán a acumularse a partir de la fecha de inicio del préstamo. La Fecha del primer pago será aproximadamente 60 días después de la fecha del inicio del préstamo. Su primera Fecha de pago puede ser antes de que el Servicio Público haya otorgado el permiso de operar el Sistema.

Prestatario: DocuSigned by: Imelda Lopez BFD6840B8A7B49A... Aval: DocuSigned by: Donaciano Lopez BFD6840B8A7B49A...

Si tiene alguna pregunta acerca de su préstamo o los términos del préstamo después de revisar este paquete, por favor de llamar a Loanpal al 1(844)910-0111.

Gracias,

El Equipo Loanpal

COPY VIEW

THIS IS A COPY
The Authoritative Copy of this record is held at NA3.docusign.net

**LOANPAL**
8781 Sierra College Blvd, Roseville, CA 95661 Teléfono: 1-877-290-9991

## Divulgación de veracidad en préstamos

**Prestatario:** Imelda Lopez
**Aval:** Donaciano Lopez
**Correo electrónico:** @gmail.com
**Teléfono:**

**Dirección residencial:** [redacted]
Rio Grande City, TX
78582

**Número de contrato de préstamo:** 20-08-025557

**Fecha del acuerdo:** 7/29/2020

| **TASA PORCENTUAL ANUAL** | **CARGO DE FINANCIACIÓN** | **Monto financiado** | **Total de pagos** |
|---|---|---|---|
| El costo de su crédito como una tasa anual | El monto en dólares que le costará a usted el crédito | El monto de crédito suministrado a usted o en su nombre | El monto que usted habrá pagado después de haber hecho todos los pagos según lo programado |
| 2.99 % | $16,720.68 | $38,750.00 | $55,471.00 |

**Programa de pagos mensuales**

| **Número de pagos** | **Cantidad de pagos** | **Fecha de vencimiento de los pagos** |
|---|---|---|
| 1 | $138.58 | Mensualmente, a partir de 2 meses después de la fecha de inicio del préstamo **(e)** |
| 16 | $138.58 | Mensualmente, a partir de 3 meses después de la fecha de inicio del préstamo **(e)** |
| 281 | $188.36 | Mensualmente, a partir de 19 meses después de la fecha de inicio del préstamo **(e)** |
| 1 | $185.66 | 300 **meses a partir de la fecha de inicio del préstamo (e)** |

"(e)" hace referencia a una estimación

**Garantía:** Usted está otorgando una garantía prendaria sobre la propiedad personal que está comprando en esta transacción y sus derechos en virtud de cualquier contrato relacionado.

**Pago anticipado:** Si usted liquida la totalidad de su préstamo antes de la fecha prevista, no tendrá que pagar una multa.

**Referencia contractual:** Consulte su Contrato de préstamo ("Contrato") para cualquier información adicional sobre impago, incumplimiento y cualquier rembolso requerido por completo antes de la fecha programada.

**Desglose de monto financiado**

| | | |
|---|---|---|
| **Desglose del monto financiado:** | $38,750.00 | |
| Monto otorgado a usted directamente: | $0 | |
| Monto pagado a otra persona en su nombre: | $38,750.00 | a Solcius, LLC |

La "Fecha de Inicio del Préstamo" es la fecha en que desembolsemos las ganancias a su contratista. Esta fecha debe ser dentro de 180 días después de la fecha de la aplicación.

El préstamo se asume a partir de la venta de la propiedad a un nuevo propietario, siempre y cuando este cumpla con los requisitos necesarios para el producto de préstamo de Loanpal. El Programa de pagos que se muestra anteriormente asume que usted no hace prepagos anticipados a su Préstamo. Sin embargo, hemos diseñado el Préstamo de forma que se volverá a amortizar al final del mes 18 después de su Fecha de Inicio del Préstamo. Como consecuencia de ello, si usted hace todos los pagos a tiempo y también hace suficientes prepagos anticipados para reducir el monto de préstamo total al "Saldo Objetivo" a más tardar en la "Fecha de Saldo Objetivo" descrito en su Contrato, los pagos desde el mes 19 hasta el final del plazo serán aproximadamente equivalentes al pago mensual inicial indicado anteriormente.

**Al firmar a continuación, usted reconoce que ha leído y recibido una copia completa de esta declaración informativa para mantener una fuente de referencia futura antes de firmar su Contrato.**

**Prestatario:** DocuSigned by: Imelda Lopez BFD6840B8A7B49A...
**Fecha:** 7/29/2020

**Aval:** DocuSigned by: Donaciano Lopez BFD6840B8A7B49A...
**Fecha:** 7/29/2020

**Loanpal:** Matt Dawson
**Matt Dawson, COO**

COPY VIEW

THIS IS A COPY
The Authoritative Copy of this record is held at NA3.docusign.net

**LOANPAL**

8781 Sierra College Blvd, Roseville, CA 95661 Teléfono: 1-877-290-9991

# Contrato de préstamo

**Prestatario:** Imelda Lopez
**Aval:** Donaciano Lopez
**Correo electrónico:** [redacted]@gmail.com
**Teléfono:**
**Fecha del acuerdo:** 7/29/2020

**Dirección residencial:** [redacted]
[redacted], TX
[redacted]

**Este documento brinda un Resumen de los términos y condiciones de su Préstamo.**

| RESUMEN DE LOS TÉRMINOS Y PAGOS DEL PRÉSTAMO | | | | | | |
|---|---|---|---|---|---|---|
| 25 AÑOS | $38,750.00 | $138.58 | 2.99 % | $28,046.39 | 27/03/2022 | $188.36 |
| PLAZO DEL PRÉSTAMO | MONTO TOTAL DEL PRÉSTAMO | PAGO MENSUAL INICIAL | TASA DE INTERÉS FIJA | SALDO OBJETIVO | FECHA DE SALDO OBJETIVO | PAGO MENSUAL AJUSTADO* |

(e) hace referencia a una estimación
* Al establecer el pago mensual ajustado, se asume que no se realizó ningún pago y que no se cumplió con el saldo objetivo antes de la fecha de saldo objetivo.

**INFORMACIÓN ACERCA DEL SISTEMA**

Contratista de la instalación: Solcius, LLC

*Los Productos Comprados en virtud de este Contrato de préstamo serán detallados en el Contrato de Mejora de Vivienda. Con sus iniciales, usted confirma recibo de tal Contrato de Mejora de Vivienda.

**Iniciales del Prestatario:** IL **Iniciales del aval:** DL

**INFORMACIÓN ACERCA DEL PRÉSTAMO**

**Fecha de Inicio del Préstamo y Fecha del Primer Pago**

La "Fecha de inicio del préstamo" y la "Fecha del primer pago" se establecerán en su Certificado de cierre del préstamo (Anexo A); en el presente, se incluye un ejemplo de este documento. Le enviaremos este certificado una vez que se realice el desembolso de las ganancias del préstamo.

**La "Fecha de inicio del préstamo" será la fecha en la que le desembolsemos las ganancias del préstamo a su contratista. La "Fecha del primer pago" será establecida por nosotros de la siguiente manera: si la fecha de inicio del préstamo se encuentra entre el 1° y el 28° día del mes, será la fecha correspondiente dos meses después (es decir, si la fecha de inicio del préstamo es el 15 de junio, la fecha del primer pago será el 15 de agosto); si la fecha de inicio del préstamo se encuentra entre el 29° y el 31° día del mes, entonces será el primer día del primer mes 60 días después de la fecha de inicio del préstamo (es decir, si la fecha de inicio del préstamo es el 30 de junio, la fecha del primer pago será el 1° de septiembre). Tiene la obligación de comenzar a realizar pagos del préstamo a partir de la fecha del primer pago, independientemente de si el Servicio Público haya otorgado el permiso de operar el Sistema.**

**Iniciales del prestatario:** IL **Iniciales del aval:** DL

Se acumularán intereses en los montos del préstamo que realmente se desembolsen; la primera acumulación comenzará el primer día calendario a partir de la fecha de inicio del préstamo. Por lo tanto, cuanto más lejos se encuentre la fecha del primer pago de la fecha de inicio del préstamo, más intereses pagará. Si desea disminuir el monto de los intereses acumulados, puede comenzar a realizar pagos de manera anticipada, en cualquier momento a partir de la fecha de inicio del préstamo. Sin embargo, se continuarán acumulando intereses hasta que se cancelen todos los montos adeudados en virtud de este acuerdo en su totalidad. La solicitud del préstamo se aprobó para un período de 180 días a partir de la fecha de presentación del informe crediticio inicial. Si la fecha de inicio del préstamo no ocurre dentro de los 180 días a partir de la fecha de presentación del informe crediticio inicial, les solicitaremos un informe crediticio nuevo a las agencias de informe crediticio, a fin de asegurarnos de que continúa cumpliendo con los requisitos conforme a los mismos términos del préstamo. Esto podría afectar su calificación crediticia.

**Crédito Fiscal**

Es posible que usted sea elegible para un crédito fiscal federal de inversión en sistemas solares. Usted reconoce que la elegibilidad para este crédito fiscal no está garantizada. Para gozar de los beneficios del crédito fiscal de inversión en sistemas solares, usted debe tener un pasivo por ingresos federales que, como mínimo, sea equivalente al valor del crédito. No somos financieramente responsables de su recibo de cualquier crédito fiscal relacionado con el equipo solar. No brindamos asesoría fiscal y ninguna disposición en este Acuerdo de préstamo para sistema solar domiciliario está destinada a usarse como asesoría fiscal. Para determinar su elegibilidad para cualquier crédito fiscal federal de inversión en sistema solar, usted deberá hacer una valoración independiente o consultar con su asesor fiscal.

**Los Pagos Objetivos de Saldo y Pagos Mensuales Iniciales**

Usted no está obligado a hacer pagos anticipados. Sin embargo, usted reconoce que, para evitar un incremento en su Pago Mensual Inicial, debe hacer uno o más pagos anticipados que equivalen al 26% de su Monto Total del Préstamo a más tardar en su Fecha de Saldo Objetivo. Si usted paga más del 26% de su Monto Total del Préstamo, sus pagos mensuales serán ajustados al pago mensual inicial. Si usted no hace ningún pago anticipado, o si sus pagos anticipados son inferiores al 26% de su Monto Total del Préstamo, sus pagos mensuales serán ajustados a un monto superior al pago mensual inicial. Usted también comprende que sus Pagos Mensuales Iniciales no serán destinados completamente a amortizar la deuda, pero su nuevo Pago Mensual después de la Fecha de Saldo Objetivo será destinado completamente a amortizar la deuda.

**Iniciales del Prestatario:** IL **Iniciales del aval:** DL

**Acuerdo de Seguridad**

Usted nos autoriza a presentar a nombre suyo cualquier documentación, incluyendo a modo no taxativo una copia de este Contrato, un estado de financiación en virtud del Código Uniforme de Comercio (Uniform Commercial Code, UCC) y/o un registro de elementos fijos del condado requerido para perfeccionar nuestra garantía prendaria sobre la Garantía, en la medida requerida por la ley aplicable, conforme se detalla en la sección 6 de este contrato.

**SOLO PARA PRESTATARIOS DE MASSACHUSETTS: Usted, el comprador, puede cancelar esta transacción en cualquier momento antes de media noche del tercer día hábil después de la fecha de esta transacción. Consulte el formulario de notificación de cancelación adjunto para una explicación de este derecho.**

COPY VIEW

DocuSign Envelope ID: 1BFCF981-6A60-4F76-886E-B32442A56190
THIS IS A COPY
The Authoritative Copy of this record is held at NA3.docusign.net

## CONTRATO DE PRÉSTAMO

ESTE ACUERDO ES LEGALMENTE VINCULANTE A PARTIR DE SU FECHA DE ENTRADA EN VIGENCIA. EN ESTE CONTRATO, LOS TÉRMINOS "USTED" Y "SU" HACEN REFERENCIA AL PRESTATARIO, AL AVAL DEL PRESTATARIO Y A LOS CESIONARIOS PERMITIDOS DEL PRESTATARIO Y/O DEL AVAL DEL PRESTATARIO, Y LOS TÉRMINOS "PRESTAMISTA", "NOSOTROS", "NOS" Y "NUESTRO" HACEN REFERENCIA A LOANPAL O A SUS CESIONARIOS. ESTE CONTRATO SUSTITUYE TODO CONTRATO PREVIO ENTRE USTED Y NOSOTROS RESPECTO AL MISMO OBJETO.

1. **INTRODUCCIÓN.** Las partes (cada una, una "Parte" y en conjunto, las "Partes") de este Contrato son usted y Loanpal, LLC ("Loanpal"). Su contratista de instalación solar ("Contratista") nos ha suministrado una copia de un contrato de mejora de vivienda firmado entre usted y el Contratista (el "Contrato de Mejora a la Vivienda") en virtud del cual el contratista instalará paneles solares, inversores, sistemas de almacenamiento, cableado, conexiones eléctricas y mecánicas, equipos de conteo, monitoreo y otros equipos de interconexión de generación distribuida ("Equipos Solares") y pueden, además o en su lugar, instalar nuevos techos y materiales para construcción relacionados, equipos de almacenamiento de baterías, equipos para recarga de energía de vehículos eléctricos, y equipos de termostatos, y suministrar servicios de paisajismo para acomodar el sistema solar (junto con los Equipos Solares, "Productos Comprados") en su casa ("Residencia") ubicada en la Dirección residencial indicada en la página anterior.

2. **PROMESA DE PAGO.** En contraprestación por el valor recibido, usted promete pagar a Loanpal y/o sus cesionarios, la suma del capital del Monto Total del Préstamo, con intereses conforme se establece en la sección 3 ("Intereses y Pagos") y cualquier cargo valorado en la sección 4 ("Cargos") a continuación.

3. **INTERESES Y PAGOS.**

a. Tiempo de pago. Su primer Pago Mensual debe pagarse en la Fecha del Primer Pago (estimada en la Divulgación de veracidad en préstamos y finalizada en el Certificado de cierre de préstamo).

b. Aplicación de pago. Si usted hace un pago que cumpla con todas las exhibiciones actuales y vencidas, cualquier pago adicional será asignado conforme se establece en la siguiente oración, pero dicho pago adicional no cambiará la fecha de vencimiento para cualquier pago que se venza en el futuro. En la medida en que lo permita la ley aplicable, todos los pagos o pagos anticipados se aplicarán primero a los intereses acumulados, luego al capital pendiente en el orden inverso de vencimiento (del último al primero) y, finalmente, a los cargos o costos que se nos deben pagar en virtud de este acuerdo.

c. Acumulación. Se acumularán intereses sobre el monto del préstamo desembolsado realmente. La primera acumulación iniciará en el primer día calendario después de la Fecha de Inicio del Préstamo. Se seguirán acumulando intereses hasta que se pague por completo todo monto adeudado en virtud de este Contrato. Los intereses impagados no se agregarán al saldo del capital. En la medida que lo permita la legislación aplicable, los intereses en su préstamo se calcularán sobre una base de 30/360. En el caso de cualquier mes parcial, se acumulan intereses con base en el número real de días que su préstamo esté pendiente de pago para dicho mes parcial. Si usted hace sus pagos del préstamo de forma extemporánea, se acumularán más intereses, y aumentará el cargo por financiación que usted paga durante el periodo de vida de su préstamo. Si usted hace sus pagos del préstamo antes de lo previsto, se acumularán menos intereses, y disminuirá el cargo por financiación que usted paga durante el periodo de vida de su préstamo. Se acumularán intereses entre la Fecha de Inicio del Préstamo y su Fecha del Primer Pago, y mientras más largo sea el periodo de tiempo entre la Fecha de Inicio del Préstamo y la Fecha del Primer Pago, se acumularán más intereses. Si usted desea reducir el monto de intereses que se acumulan antes de su Fecha del Primer Pago, puede comenzar a hacer pagos del préstamo en cualquier momento después de la Fecha de Inicio del Préstamo. El monto de su último pago cambiará dependiendo de cuando haga su pago mensual y si realiza pagos anticipados de forma voluntaria.

d. Tasa de interés y monto de pago mensual. Su tasa de interés es fija (se muestra en la Página de Resumen) durante todo el periodo de su préstamo. Los pagos mensuales que usted debe cubrir, asumiendo que usted hace todos los pagos completos y dentro del tiempo establecido, son los que se indican en su Certificado de cierre de préstamo.

e. Saldo Objetivo / Fecha de Saldo Objetivo / Pago Mensual Inicial / Nuevo Pago Mensual: Después de la Fecha de Saldo Objetivo, su préstamo se reamortizará para reflejar su saldo de capital pendiente de pago en la Fecha de Saldo Objetivo y sus nuevos Pagos Mensuales se ajustarán a un monto requerido para lograr el rembolso completo del Préstamo a más tardar en la Fecha de Vencimiento. Usted también comprende que sus Pagos Mensuales Iniciales no serán destinados completamente a amortizar la deuda, pero sus nuevos Pagos Mensuales ajustados después de la Fecha de Saldo Objetivo serán destinados completamente a amortizar la deuda y se calcularán de la siguiente forma:

(i) Si usted no hace ningún pago anticipado antes de la Fecha de Saldo Objetivo, entonces su nuevo Pago Mensual será el Pago Mensual Ajustado.

(ii) Si usted hace pagos anticipados, pero dichos pagos anticipados no reducen su Monto Total del Préstamo a un monto equivalente o inferior al Saldo Objetivo a más tardar en la Fecha de Saldo Objetivo, entonces su nuevo Pago Mensual será un monto superior a su Pago Mensual Inicial, pero inferior al Pago Mensual Ajustado.

(iii) Si usted hace pagos anticipados y dichos pagos anticipados reducen su Monto Total del Préstamo a un monto equivalente al Saldo Objetivo a más tardar en la Fecha de Saldo Objetivo, entonces su nuevo Pago Mensual ajustado será aproximadamente equivalente a su Pago Mensual Inicial.

(iv) Si usted hace pagos anticipados excedentes para reducir su Monto Total del Préstamo insoluto por debajo del Saldo Objetivo, a más tardar en la Fecha de Saldo Objetivo, entonces su nuevo Pago Mensual ajustado será inferior al Pago Mensual Inicial reflejado en el Resumen del Préstamo anterior por el resto del Periodo de Vigencia.

f. Fecha de vencimiento. A menos que su préstamo deba cubrirse antes de la fecha prevista y conforme a lo dispuesto en este Contrato, su préstamo se vencerá en la Fecha de Vencimiento. En la Fecha de vencimiento, usted acepta cubrir la totalidad de cualquier monto insoluto que deba cubrirse en virtud de este Contrato.

g. Método de pago. Usted puede pagar mediante pago electrónico ACH o cheque. Para pagar mediante ACH, complete el Formulario de autorización de pago automático (la "Autorización ACH"). Para pagar con cheque, incluya su Número de contrato de préstamo en su cheque y envíelo por correo postal a la dirección LOANPAL, PO BOX 4387, Portland, OR 97208. Puede modificar su método de pago siguiendo las instrucciones en la Autorización ACH.

h. Pago anticipado. Puede hacer pagos anticipados a su préstamo en cualquier momento sin incurrir multas.

4. **CARGOS.** También le cobraremos los siguientes cargos en la medida permitida por la legislación aplicable.

a. Cargo por fondos insuficientes. Salvo que la ley lo prohíba, se le cobrará un cargo no reembolsable de $15 por cada intento de pago electrónico o cheque fallido. Su banco puede cobrar su propio cargo además del cargo que nosotros cobramos.

b. Cargo por eliminación y nueva presentación del registro de elementos fijos del condado. Consulte la sección 6 a continuación para obtener más información.

c. Cargo por transferencia. Consulte la sección 6 a continuación para obtener más información.

d. Cargo de conveniencia por pago alternativo. Cuando lo permita la ley, si solicita que aceptemos un pago a través de una fuente alternativa, como una tarjeta de débito, es posible que deba pagar un cargo de conveniencia, cuyo monto le informaremos antes de que decida pagar utilizando dicho método alternativo.

5. **OBLIGACIONES Y DECLARACIONES ADICIONALES.**

COPY VIEW

THIS IS A COPY
The Authoritative Copy of this record is held at NA3.docusign.net

a. Garantía. En la medida que lo permita la ley, usted nos otorga de forma irrevocable un poder limitado con pleno poder de sustitución y restitución, para firmar cualquier documento y llevar a cabo cualquier acto, en su nombre y representación, con el propósito exclusivo de ejercer nuestros derechos respecto a la Garantía en virtud de este Contrato. Usted también acepta no pignorar, hipotecar, gravar o permitir de alguna otra forma que la Garantía en cualquier momento sea sujeta a cualquier gravamen o pignoración que sea superior a nuestra garantía prendaria. Consulte la sección 6 a continuación para obtener más información sobre lo que implica la Garantía en virtud de este acuerdo.

b. Confirmación de propiedad. Usted declara y asegura que: (1) la Residencia es su vivienda residencial principal, una segunda residencia o residencia de vacaciones y no es una propiedad de alquiler, o cualquier negocio o establecimiento comercial, ni se usa como tal; (2) usted, o un fideicomiso controlado por usted, es el propietario de pleno dominio ("fee simple owner") de la Residencia y la Garantía; (3) usted no incumple y no incumplirá con su Contrato de Mejora de Vivienda.

c. Acceso de garantía. Usted acepta proporcionarnos a nosotros o nuestros representantes después de recibir aviso razonable, acceso a la Residencia con el propósito de (1) inspeccionar los Productos Comprados hasta que finalice este Acuerdo o, (2) en el caso de una ejecución de la Garantía, retirar la Garantía de la Residencia.

d. Propiedad personal. Tanto usted como nosotros tenemos la intención expresa de que ninguna porción de los Productos Garantizados constituya un "elemento fijo" que forme parte de cualquier propiedad inmobiliaria, y que los Productos Garantizados serán propiedades personales removibles. Usted también acepta no tomar medida alguna que pueda hacer que los Productos Garantizados sean tratados como bienes inmobiliarios o como elementos fijos de la propiedad inmobiliaria. Usted acepta que podemos hacer un registro de elementos fijos, si optamos por esta opción, siempre y cuando usted y nosotros aceptemos que podemos ejercer derechos sobre los Productos Garantizados en virtud del Código Uniforme de Comercio y no en virtud de leyes estatales sobre patrimonio o hipotecas.

e. Instalación y mantenimiento. Usted tomará todas las medidas necesarias para permitir la instalación y debido funcionamiento de los Productos Comprados a fin de que se completen de conformidad con el Contrato de Mejora de Vivienda y que se mantengan de conformidad con cualquier Contrato de operaciones y mantenimiento. Usted acepta mantener los Productos Comprados en buen estado de funcionamiento y en cumplimiento de las especificaciones de fabricación, los manuales de funcionamiento y mantenimiento, requisitos de garantía indicados por su Contratista de instalación y, si corresponde, su Contratista de operaciones y mantenimiento, y toda legislación aplicable, y no retirar ni modificar los Productos Comprados sin nuestro consentimiento previo. Usted acepta mantener en todo momento una conexión de internet suficiente para garantizar que los datos de supervisión para los Equipos Solares puedan transmitirse completamente y que Loanpal reciba dicha información de supervisión de manera directa o a través del contratista. Usted será responsable de la integridad estructural del lugar donde se instalaron los Productos Comprados, incluyendo las modificaciones estructurales o eléctricas que sean necesarias para preparar su Residencia para los Productos Comprados.

f. Condiciones de propiedad. Usted acepta que Loanpal no es responsable de ninguna condición conocida o desconocida de la Residencia. Loanpal no es responsable ni asume responsabilidad alguna por el malfuncionamiento de equipos eléctricos existentes en la Residencia, incluyendo a modo no taxativo el panel principal de servicios eléctricos, cualquier dispositivo eléctrico principal o cualquier otro fusible o dispositivo similar.

g. Impuestos. Usted acepta pagar, dentro del tiempo establecido, sus impuestos, gravámenes u otros cargos similares. Si usted no paga estos impuestos u otros cargos dentro del tiempo previsto, podemos pagarlos a su nombre y agregar el monto que pagamos al capital de nuestro préstamo en virtud de este Contrato. En el caso de que elijamos pagar estos impuestos u otros cargos en su nombre, usted acepta ayudarnos en estos esfuerzos. Obligaciones de impuestos que se le puedan requerir incluyen: (1) el valor asesorado y los impuestos asociados con los Productos Comprados calculados en el año en que este Contrato es firmado; (2) impuestos de transacción privilegiada; y (3) cualquier obligación de impuestos de crédito de transferencia o incentivos de impuesto de los Productos Comprados a cualquier otra persona.

h. Seguro requerido. En la medida que lo permita la ley, usted acepta mantener y pagar cualquier deducible en virtud de una póliza de seguros para propietarios de vivienda o póliza de seguros equivalente razonablemente aceptable para nosotros que cubra los Productos Comprados por un valor equivalente al costo total de remplazo e instalación de los Productos Comprados o el saldo pendiente de pago del préstamo. Si existe un pago en virtud de la cobertura de propiedad para daños a los Productos Comprados, usted acepta entregarnos aquellas ganancias de seguro, y solicitaremos estas ganancias sobre el préstamo en el orden de prioridad establecido en la sección 3b de este Contrato.

i. Consultas crediticias. Usted nos autoriza a obtener un informe crediticio sobre usted para cualquier propósito legal en relación con este préstamo incluyendo cualquier actualización, extensión de crédito, revisión o cobro de este préstamo. A petición de ello, le daremos el nombre y la dirección de la oficina de crédito que suministre cualquier informe.

j. Quiebra. Usted declara que no está contemplando la quiebra y que usted no ha consultado con un abogado respecto a la quiebra en los últimos seis meses. Toda comunicación con nosotros que se deba hacer o esté permitido hacer en virtud del Código Federal de Quiebra, debe incluir su número de préstamo, y debe ser enviada a nosotros a la dirección de Loanpal.

**6. OTORGAMIENTO DE GARANTÍA PRENDARIA EN GARANTÍA.** Como contraprestación por el préstamo que estamos suministrando y para garantizar sus obligaciones en virtud de este Contrato, usted por medio del presente nos otorga una garantía prendaria sobre la siguiente propiedad (en conjunto, la "Garantía"):

a. todos los Productos Comprados excluyendo el techo y materiales de construcción relacionados, si los hay (dichos Productos Comprados que excluyen los materiales de techo y relacionados con techos se citan en este Contrato como "Productos Garantizados");

b. todos los adjuntos, adhesiones, accesorios, herramientas, partes, suministros, reemplazos y adiciones a los Productos Garantizados;

c. todos los ingresos procedentes de reclamaciones de garantía relacionados con los Productos Garantizados, el Contrato de Mejora de Vivienda y cualquier Contrato de operaciones y mantenimiento;

d. todos sus derechos, títulos de propiedad, intereses y recursos en virtud de todos los acuerdos y otra documentación relacionada con Productos Garantizados (incluyendo, a modo no taxativo, el Contrato de Mejora de Vivienda, y Contrato de operaciones y mantenimiento);

e. toda contraprestación recibida del cobro, venta u otra disposición de los Productos Garantizados, incluyendo cualquier pago recibido de cualquier aseguradora que surja de cualquier pérdida, daño y perjuicio o destrucción de cualquier Producto Garantizado y cualquier otro pago recibido como consecuencia de poseer cualquier Producto Garantizado, o cualquier otra ganancia de Productos Garantizados.

Usted nos autoriza presentar a su nombre cualquier documentación, incluyendo a modo no taxativo una copia de este Contrato, una declaración de financiación del UCC y un registro de elementos fijos del condado para ejecutar nuestra garantía prendaria sobre los Productos Garantizados (en el caso de que un tercero intente clasificar los paneles como un elemento fijo). Si usted está refinanciando su casa, previa petición de ello, podemos aceptar retirar nuestro registro de elementos fijos del condado, sobre los Equipos Solares durante un periodo limitado de tiempo siempre y cuando podamos registrarlos de nuevo tras el cierre de la refinanciación de la hipoteca. Se cobrará un cargo de $200 por remover y volver a archivar nuestro estado de financiamiento en virtud del Código Uniforme de Comercio y/o nuestro registro de elementos fijos del condado. En caso de que usted venda su casa, su préstamo debe ser pagado en su totalidad para eliminar la declaración de financiación del UCC y el registro de elementos fijos del condado. Los costos reales, si existen, incurridos por quitar una declaración de financiación del UCC y/o un registro de elementos fijos del condado serán añadidos al monto total del pago restante si eliges pagar en total tu préstamo antes del fin del término. Como alternativa, este contrato de préstamo puede ser transferido al nuevo propietario de la casa, en caso de que el nuevo propietario cumpla con los requisitos necesarios para el producto de préstamo, según se especifica en la sección 12. Se cobrará un cargo de $300 por cualquier préstamo que sea transferido a otra persona.

COPY VIEW

THIS IS A COPY
The Authoritative Copy of this record is held at NA3.docusign.net

7. **INDEMNIZACIÓN.** Usted acepta indemnizarnos, defendernos y exonerarnos a nosotros y a nuestras filiales en contra de cualquier pérdida, responsabilidad o daño y perjuicio que surja de o que se relacione con las transacciones contempladas por este Contrato.

8. **IMPAGO.** Usted estará en impago en virtud de este Contrato si ocurre cualquiera de lo siguiente:

a. usted no hace un pago en virtud de este Contrato dentro de quince (15) días a partir de la fecha en que se deba realizar dicho pago;

b. usted no cumple alguna de sus obligaciones en virtud de este Contrato y usted no subsana dicho incumplimiento a nuestra satisfacción razonable dentro de treinta (30) días después de recibir notificación de nuestra parte sobre su incumplimiento;

c. usted rescinde el Contrato de Mejora de Vivienda sin nuestro consentimiento después de que se haya desembolsado cualquier ganancia de préstamo;

d. usted retira, modifica, vende o transfiere de alguna otra forma la Garantía sin nuestra aprobación;

e. cualquier declaración hecha por usted sobre su solicitud de préstamo o este Contrato es falsa en cualquier respecto sustancial al momento de ser hecha;

f. ocurre cualquiera de los siguientes hechos (cada uno, un "Hecho de Quiebra"): (1) usted hace una solicitud para el nombramiento de un síndico, fideicomisario o custodio o se nombra un síndico, fideicomisario o custodio para usted o una mayoría de sus activos; (2) usted inicia o acepta cualquier procedimiento judicial en virtud del Código de quiebras, o ley equivalente que contemple la reparación de deudores; (3) usted hace una cesión a beneficio de acreedores; o (4) usted tiene una petición en quiebra o recurso de reparación similar de deudores registrada en contra de usted, que no se retiene o desecha dentro de treinta (30) días después de que se registre.

9. **RECURSOS.** Nuestros recursos en caso de que usted incumpla este Contrato incluyen lo siguiente (en la medida máxima permitida por ley):

a. General. En el caso de que usted incumpla con lo establecido en este Contrato, podemos:

(1) Acelerar su Préstamo: Declararíamos nuestro préstamo con vencimiento inmediato. Esto exige que usted pague la totalidad del pago de capital insoluto del préstamo, todos los intereses acumulados, y cualquier otro monto adeudado en virtud de este contrato. Usted deberá pagarnos de inmediato su préstamo en virtud de un Hecho de Quiebra, independientemente de que usted tome alguna medida o no.

(2) Presentar un informe a las oficinas de crédito detallando cualquier pago en mora, pagos no realizados u otros impagos: Conforme lo requiera la ley, por medio del presente se le notifica que puede presentarse un informe negativo que se refleje sobre su registro de crédito a una agencia de informe crediticio si usted no cumple con los términos de este Contrato.

(3) Inhabilitación/Ejecución sobre la Garantía: (y ejercer cualquier otro derecho respecto a la Garantía que tenemos en virtud de este Contrato o derecho aplicable) Esto incluye ingresar a su propiedad y desactivar los Equipos Solares/de almacenamiento, o bien hacerlo de manera remota; y/o ingresar a su propiedad, retirar la Garantía y tomar posesión de ella y luego vender, arrendar o disponer de alguna otra forma de la propiedad.

(4) Aplicar todos los recursos disponibles en virtud de la legislación aplicable: Incluyendo aquellos de un acreedor garantizado conforme lo permita la legislación aplicable.

(5) Dejar de hacer extensiones de crédito bajo su préstamo: Incluso cesar cualquier financiamiento que esté pendiente de su préstamo conforme sea permitido bajo la ley aplicable.

b. Rembolso de costos; aplicación de ganancias. A menos que la legislación estatal lo prohíba de alguna otra forma, usted debe reembolsarnos de inmediato, con intereses, todos los costos y gastos incurridos en el ejercicio de nuestros recursos relacionados con este Contrato. Si elegimos la opción de ejecutar la Garantía, aplicaremos cualquier ganancia de efectivo en orden de prioridad establecido en la sección 3b de este Contrato y luego a usted o según pueda ordenar de alguna otra forma un tribunal.

c. Sentencia de deficiencia. En la medida más amplia que permita la ley, podemos exigir que usted pague cualquier monto que usted deba pagar en virtud de este Contrato menos cualquier ganancia que realicemos del ejercicio de nuestros recursos en virtud de este Contrato.

EN LA MEDIDA MÁS AMPLIA QUE LO PERMITE LA LEY, USTED ES PERSONALMENTE RESPONSABLE DE TODO MONTO QUE DEBA PAGARSE EN VIRTUD DE ESTE CONTRATO. NO ESTAMOS OBLIGADOS A EJECUTAR SOBRE LA GARANTÍA ANTES DE INICIAR PROCEDIMIENTOS EN CONTRA DE USTED Y SUS ACTIVOS.

Nuestros derechos en virtud de este Contrato son acumulativos y podemos ejercer estos derechos en cualquier momento si usted incumple sus pagos. En el caso de que ejerzamos cualquiera de nuestros derechos o recursos en virtud de este Contrato, usted seguirá estando en mora hasta el momento en que usted nos pague todo monto que deba pagarnos y usted haya subsanado todos y cada uno de los impagos. EL HECHO DE QUE NO TOMEMOS MEDIDA ALGUNA O QUE NOS RETRASEMOS EN TOMAR UNA MEDIDA RELACIONADA CON SU INCUMPLIMIENTO, O UN INCUMPLIMIENTO SIMILAR O NO RELACIONADO, NO EXIME, NI CONSTITUYE UNA EXENCIÓN DE CUALQUIERA DE NUESTROS DERECHOS EN VIRTUD DE ESTE CONTRATO.

10. **RESCISIÓN.** Podemos rescindir este Contrato durante cualquier periodo en que un Evento de Fuerza Mayor impida, limite o dificulte de alguna otra forma nuestra capacidad de cumplir nuestras obligaciones en virtud de este Contrato. El término "Evento de fuerza mayor" hace referencia a todas las circunstancias que escapan al control razonable de las partes, incluido cualquier acto de la naturaleza, de guerra, de terrorismo, de rebelión, de conflicto laboral, de interrupción del trabajo, de disturbios civiles, de gobierno o de alguna otra causa importante similar. Este Contrato finalizará de forma automática si el último desembolso de préstamo no ocurre dentro de ciento ochenta (180) días de la fecha en que usted más recientemente recibió nuestra aprobación para celebrar este Contrato. Ningún retraso en nuestro ejercicio de los derechos de rescisión anteriores constituirá una exoneración de la continuación de nuestros derechos de rescindir el Contrato. Adicionalmente, usted puede rescindir este Contrato en cualquier momento antes de nuestro desembolso de las ganancias de préstamo, previa notificación por escrito. Los términos de este Contrato que, por su naturaleza expresa, preservan su vigencia tras la finalización de este Contrato preservarán su vigencia y puede exigirse su cumplimiento en virtud de este Contrato. Tras la rescisión de este Contrato, finalizará nuestra garantía prendaria sobre la Garantía.

11. **NOTIFICACIONES Y OTRA INFORMACIÓN.** Usted da su consentimiento a la recepción mediante correo electrónico a la dirección de correo electrónico indicada por usted en Página 1 ("Correo Electrónico Designado") de todas las notificaciones, registros, divulgaciones y otra información relacionada con este Contrato ("Registros Electrónicos"). Todas las disposiciones de cualquier Registro Electrónico son vinculantes para usted tal como si fueran entregadas en papel. Usted acepta notificarnos en caso de que cambie su nombre, correo electrónico o dirección de correo postal.

12. **CESIÓN**. Usted no puede ceder o transferir sus derechos u obligaciones en virtud de este Contrato sin nuestro consentimiento previo por escrito, considerando que si usted vende su casa, puede transferir las obligaciones de préstamo al nuevo propietario de vivienda si (a) cumplen con nuestros criterios de crédito y suscripción de seguro vigente en dicho momento notificándonos por escrito como mínimo con treinta (30) días de antelación y (b) las garantías y operaciones y obligaciones de servicio de mantenimiento (en su caso) que pertenecen a los Productos Comprados se transfieren al nuevo propietario de la vivienda. Nos reservamos el derecho de no permitir la cesión del préstamo en casos en los que usted incumpla con este Contrato. Podemos ceder o transferir la totalidad o una porción de este Contrato y los documentos relacionados a un tercero o filial. Loanpal o su agente, que actúa como un agente no fiduciario del Prestatario, deberá mantener un registro dentro de las Secciones 5(f).103-1(c) de las Regulaciones del Tesoro de los Estados Unidos en las que recordará los nombres y las direcciones de cada dueño y sus derechos al principal e interés establecido. Cualquier transferencia de todo o una porción de un interés que beneficia a continuación debe estar recordada en tal registro. Todos los participantes en este acuerdo o sus agentes pueden tratar a cada persona o ente cuyo nombre está recordado en tal registro conforme a los términos del presente como el participante aplicable para todos los propósitos bajo este Acuerdo. El registro debe estar disponible para inspección de vez en cuando por cualquier partido aquí presente al notificar con anticipación razonable a Loanpal o cualquier de sus agentes. USTED NOS AUTORIZA A SUMINISTRAR A UN TERCERO O FILIAL CUALQUIER INFORMACIÓN QUE PUEDA SOLICITAR AL CONSIDERAR O IMPLEMENTAR UNA COMPRA

COPY VIEW

THIS IS A COPY
The Authoritative Copy of this record is held at NA3.docusign.net

DE NUESTROS DERECHOS EN VIRTUD DE ESTE CONTRATO. Solo para prestatarios de Arizona: le notificaremos si la entidad responsable de autorizar la transferencia de su préstamo cambia.

**13. LIMITACIÓN DE RESPONSABILIDAD**. EN LA MEDIDA EN QUE LO PERMITA LA LEGISLACIÓN APLICABLE, NUESTRA RESPONSABILIDAD FRENTE A USTED EN VIRTUD DE ESTE CONTRATO, SI LA HAY, SE LIMITARÁ ÚNICAMENTE A DAÑOS DIRECTOS Y REALES. USTED ACEPTA QUE EN NINGÚN CASO UNA DE LAS PARTES SERÁ RESPONSABLE FRENTE A LA OTRA POR DAÑOS Y PERJUICIOS EMERGENTES, INHERENTES, PUNITIVOS, EJEMPLARES, ESPECIALES O INDIRECTOS.

**14. DERECHO APLICABLE Y DISPOSICIONES VARIAS.**

**AVISO: TODO TITULAR DE ESTE CONTRATO DE CRÉDITO AL CONSUMIDOR ESTÁ SUJETO A TODAS LAS RECLAMACIONES Y DEFENSAS QUE EL DEUDOR PUDIERA REVINDICAR EN CONTRA DEL VENDEDOR DE PRODUCTOS O SERVICIOS OBTENIDOS CON LAS GANANCIAS DEL PRESENTE. LA INDEMNIZACIÓN EN VIRTUD DEL PRESENTE POR PARTE DEL DEUDOR NO PODRÁ EXCEDER EL MONTO PAGADO POR EL DEUDOR EN VIRTUD DEL PRESENTE.**

Salvo el Acuerdo de arbitraje a continuación, este Contrato se regirá por le legislación federal y, en la medida en que se aplique la ley estatal, las leyes sustantivas del estado donde se ubica la Residencia. Si no es posible exigir el cumplimiento de alguna disposición de este Contrato, el resto de este Contrato permanecerá vigente. Ninguna enmienda de este Contrato será válida, a menos que sea realizada por escrito y firmada por el Prestamista y usted (el Certificado de cierre de préstamo no se considerará una enmienda de este Contrato y se incorpora por completo a este Contrato). Este Contrato representa la totalidad del acuerdo entre las Partes respecto a su préstamo. Nuestros derechos en virtud de este Contrato redundarán en beneficio de nuestros sucesores y cesionarios, y sus obligaciones en virtud de este Contrato serán vinculantes para sus herederos, representantes personales y cesionarios permitidos.

**15. ACUERDO DE ARBITRAJE. Todas las reclamaciones y disputas que surjan de o en relación con este Contrato (en adelante, la(s) "Disputa(s)") serán resueltas por arbitraje vinculante de forma individual. El árbitro también decidirá cualquier asunto relacionado con la elaboración, validez, aplicación o alcance de este acuerdo de arbitraje, susceptibilidad de arbitraje, defensas frente a arbitraje incluyendo la existencia de secciones abusivas, o la validez del juicio por jurado, renuncia a demanda colectiva o demanda por representante grupal (en conjunto, problemas de "posibilidad de arbitraje"). POR MEDIO DEL PRESENTE USTED RENUNCIA A CUALQUIER DERECHO CONSTITUCIONAL Y POR DISPOSICIÓN DE LEY A ACUDIR AL TRIBUNAL Y TENER UN JUICIO CON JURADO. IGUALMENTE, A MENOS QUE USTED SE EXCLUYA DEL ARBITRAJE, TAMBIÉN ACEPTA RENUNCIAR A CUALQUIER DERECHO DE ENTABLAR O PARTICIPAR EN UNA DEMANDA GRUPAL O COLECTIVA EN JUICIO O EN ARBITRAJE. El árbitro tendrá la autoridad de otorgar cualquier indemnización, incluyendo las medidas cautelares, que estén disponibles en virtud de la legislación aplicable. Cada parte deberá asumir los gastos de su propio abogado, expertos, testigos y preparación y presentación de pruebas. Sin embargo, el árbitro puede otorgarle honorarios y costos de abogados razonables si esto está expresamente autorizado por la legislación aplicable. Previa petición de ello, pagaremos una porción de los honorarios y gastos del árbitro y los honorarios y gastos administrativos del arbitraje. El árbitro deberá emitir un laudo escrito que describa las conclusiones esenciales que respaldan el laudo. Todas las audiencias en el arbitraje se llevarán a cabo dentro del distrito judicial federal donde está ubicada la Residencia; el laudo del árbitro será definitivo y puede registrarse sentencia sobre el mismo ante el Tribunal de Distrito federal. El arbitraje será administrado por JAMS conforme a sus Reglas de Arbitraje Simplificadas (las "Reglas"). Podrá solicitaré a JAMS una copia de las Reglas de Arbitraje Simplificadas JAMS en la dirección https://www.jamsadr.com/rules-streamlined-arbitration o al (800) 352-5267. El árbitro será elegido del panel de neutrales de JAMS y será un juez federal retirado, un juez de apelación estatal retirado o un juez de instrucción retirado (en ese orden de preferencia). Usted acepta que nosotros o nuestras filiales, subsidiarias o entidades matrices y (g) cada uno de sus ejecutivos, directores, empleados y agentes podemos exigir el cumplimiento de este acuerdo de arbitraje. Este acuerdo de arbitraje se celebra conforme a una transacción que involucra el comercio interestatal. La Ley Federal de Arbitraje (Federal Arbitration Act, FAA) (art. 1-16, cap. 9 del Código de los Estados Unidos [United States Code, U.S.C]) regirá este acuerdo de arbitraje incluyendo todos los asuntos de susceptibilidad de arbitraje. Ninguna ley estatal relativa a asuntos de susceptibilidad de arbitraje regirá este acuerdo de arbitraje. Sujeto a lo anterior y sin limitar su alcance, la legislación federal se aplicará a todos los otros asuntos que surjan en virtud de la ley federal y la ley estatal aplicable conforme se establece en la sección 14 anterior se aplicará a todos los otros asuntos que surjan en virtud de la legislación estatal (sin tomar en consideración las normas de derecho aplicable de un estado). USTED PUEDE EXCLUIRSE DEL ARBITRAJE ENVIÁNDONOS UNA NOTIFICACIÓN POR ESCRITO DENTRO DE 15 DÍAS DE LA FIRMA DEL ACUERDO INDICANDO QUE USTED DESEA "EXCLUIRSE DEL ACUERDO PARA ARBITRAR DISPUTAS". LA NOTIFICACIÓN DE EXCLUSIÓN DEBE ENVIARSE A LA SIGUIENTE DIRECCIÓN: LOANPAL, 8781 Sierra College Blvd., Roseville, CA 95661. Si usted no se excluye, pero no es posible exigir el cumplimiento de alguna parte o partes de su acuerdo de arbitraje, entonces Loanpal y usted aceptan que dicha parte o partes específicas no tendrá ninguna vigencia o validez y será retirada, pero el resto de este acuerdo de arbitraje conservará su plena vigencia y validez. No obstante, si la totalidad del acuerdo de arbitraje o su renuncia al derecho de participar en demandas colectivas, de representación grupal o de arbitraje de reclamaciones de medidas cautelares no es aplicable entonces el acuerdo de arbitraje no tendrá vigencia ni validez alguna.**

**REFERENCIA JUDICIAL PARA PRESTATARIOS EN CALIFORNIA. SI LA RESIDENCIA ESTÁ UBICADA EN CALIFORNIA Y USTED SE EXCLUYE DEL ARBITRAJE, LOANPAL Y USTED ACEPTAN QUE TODA DISPUTA SERÁ RESUELTA EN EL TRIBUNAL SUPERIOR PARA EL CONDADO MEDIANTE UN PROCEDIMIENTO DE REFERENCIA GENERAL (GENERAL REFERENCE) CONFORME AL ART. 638(a) DEL CÓDIGO DE PROCEDIMIENTO CIVIL DE CALIFORNIA (CALIFORNIA CODE OF CIVIL PROCEDURE, "CCP"). USTED RECONOCE Y ACEPTA QUE, EN UNA ACCIÓN DE REFERENCIA JUDICIAL, TODA CONTROVERSIA SERÁ CONOCIDA POR UN RÉFERI Y NO POR UN JUEZ Y JURADO DE TRIBUNAL SUPERIOR Y POR MEDIO DEL PRESENTE RENUNCIA A SUS DERECHOS CONSTITUCIONALES Y DE DISPOSICIÓN DE LEY A TENER UN JUICIO FRENTE A UN JUEZ Y JURADO. El Réferi será nombrado conforme al art. 640 del CCP en caso de no existir un acuerdo sobre la selección. El Réferi tendrá las mismas cualificaciones del árbitro. Previa petición de ello, Loanpal pagará su porción de los honorarios y gastos del Réferi.**

**SIN PERJUICIO DE CUALQUIER ELEMENTO EN CONTRARIO DEL PRESENTE, SI LA RESIDENCIA SE ENCUENTRA EN CALIFORNIA Y USTED NO SE EXCLUYE DEL ARBITRAJE, PUEDE SOLICITAR UNA MEDIDA CAUTELAR PÚBLICA EN EL ARBITRAJE EN LA MEDIDA EN QUE LO PERMITA LA LEGISLACIÓN APLICABLE. SI, NO OBSTANTE, NO ES POSIBLE EXIGIR EL CUMPLIMIENTO DEL ARBITRAJE, TOTAL O PARCIALMENTE, ENTONCES LOANPAL Y USTED ACEPTAN QUE DICHAS CONTROVERSIAS SERÁN RESUELTAS EN EL TRIBUNAL SUPERIOR PARA EL CONDADO EN UN PROCESO DE REFERENCIA GENERAL DE CONFORMIDAD CON EL ART. 638(a) DEL CÓDIGO DE PROCEDIMIENTO CIVIL DE CALIFORNIA. USTED RECONOCE Y ACEPTA QUE, EN UNA ACCIÓN DE REFERENCIA JUDICIAL, TODA CONTROVERSIA SERÁ CONOCIDA POR UN RÉFERI Y NO POR UN JUEZ Y JURADO DE TRIBUNAL SUPERIOR Y POR MEDIO DEL PRESENTE RENUNCIA A SUS DERECHOS CONSTITUCIONALES Y DE DISPOSICIÓN DE LEY A TENER UN JUICIO FRENTE A UN JUEZ Y JURADO. El Réferi será nombrado conforme al art. 640 del CCP en caso de no existir un acuerdo sobre la selección. El Réferi tendrá las mismas cualificaciones del árbitro. Previa petición de ello, Loanpal pagará su porción de los honorarios y gastos del árbitro o el Réferi, según sea el caso, y su porción de cualquier cargo administrativo que pueda exigir el árbitro, réferi o JAMS.**

**Ninguna disposición de la sección 15 afectará el derecho de las partes a: (a) solicitar y obtener dicha reparación o recursos provisionales de los que de otra forma dispondrían a nivel judicial a la espera del nombramiento del árbitro o réferi (b) presentar su Controversia en tribunales de menores cuantías sobre una base individual, (c) ejercer dichos recursos de autoayuda que sean autorizados por ley o contrato, o (d) exigir la ejecución judicial que se establecen en la sección 9.**

**AL ESCRIBIR SUS INICIALES EN LA PARTE INFERIOR DE ESTA NOTIFICACIÓN USTED CERTIFICA QUE HA LEÍDO Y ACEPTA LA TOTALIDAD DE LA SECCIÓN 15.**

**Iniciales del Prestatario:** DS IL **Iniciales del aval:** DS DL

**16. AVISO DE ECOA.** La Ley Federal de Igualdad de Oportunidad de Crédito (Equal Credit Opportunity Act, "ECOA") prohíbe que los otorgantes de crédito ejerzan discriminación en contra de los solicitantes de crédito por razones de su raza, color, religión, nacionalidad, sexo, estado civil o edad (dado que el solicitante tiene

COPY VIEW

THIS IS A COPY
The Authoritative Copy of this record is held at NA3.docusign.net

la capacidad de entrar en un contrato vinculante), por ser beneficiarios de fondos de asistencia pública o por haber ejercido de buena fe cualquier derecho bajo la Ley de Protección del Consumidor de Crédito (Consumer Credit Protection Act). La Comisión Federal de Comercio (Federal Trade Commission, "FTC") es la agencia nacional de protección del consumidor que aplica y vela por cumplimiento esta ley: The Federal Trade Commission, Consumer Response Center, Washington, DC 20580. Teléfono: 1-877-382-4357.

**17. DIVULGACIÓN SOBRE LA LEY MILITAR:** La Ley de Préstamos para Militares (Military Lending Act, MLA) brinda protecciones para ciertos miembros de las Fuerzas Armadas y sus dependientes ("prestatarios cubiertos"). Las disposiciones de esta sección se aplican a los prestatarios cubiertos en virtud de la MLA. Si desea obtener más información para conocer si es un prestatario cubierto y si esta sección se aplica a su caso, comuníquese con nosotros al 1-866-808-1933. Declaración sobre la tasa de porcentaje anual para militares (Military Annual Percentage Rate). La ley federal proporciona protecciones importantes para los miembros de las Fuerzas Armadas y sus dependientes en relación con las extensiones de crédito de consumo. En general, el costo de crédito de consumo para un miembro de las Fuerzas Armadas y sus dependientes no puede ser superior a la tasa de porcentaje anual del 36%. Conforme a la transacción o cuenta de crédito, esta tasa debe incluir lo siguiente: (1) los costos asociados a las primas de seguro crediticio; (2) los cargos por productos auxiliares vendidos en relación con la transacción crediticia; (3) todos los cargos de solicitud cobrados (que sean diferentes de los cargos de solicitud de transacciones o cuentas de crédito específicas); y (4) todos los cargos de participación cobrados (que sean diferentes de los cargos específicos de participación de una cuenta de tarjeta de crédito). Divulgaciones orales. Si desea obtener información acerca de las divulgaciones importantes sobre la Ley de Préstamos para Militares y los pagos que se incluyen en este aviso de forma oral, llame al 1-844-310-5891.

**18.** Este acuerdo debe interpretarse de modo que cumpla con la Ley de Préstamos para Militares y su reglamento de aplicación, incluidas las restricciones a los términos de préstamos permitidos y las limitaciones sobre intereses y cargos. Con respecto a las cuentas que se abrieron el 3 de octubre de 2017 o en una fecha posterior, si es un prestatario cubierto: (a) las secciones "Aplicabilidad de renuncia a juicio con jurado", "Renuncia a demanda colectiva" y "Cláusula de arbitraje" de este acuerdo no se aplican a su caso; (b) todos los intereses o cargos que excedan el límite permitido en virtud de la Ley de Préstamos para Militares deberán reducirse al monto necesario para cumplir con dicho límite, y todos los montos cobrados que superen este límite permitido se le deberán reembolsar mediante la otorgación de crédito en su cuenta o la realización de un pago directo; y (c) todas las demás disposiciones de este acuerdo que no sean coherentes con la Ley de Préstamos para Militares no se aplicarán a su caso.

**19. DERECHO DE CANCELACIÓN DEL COMPRADOR. USTED, EL COMPRADOR, PUEDE CANCELAR ESTA TRANSACCIÓN EN CUALQUIER MOMENTO ANTES DE LA MEDIANOCHE DEL TERCER DÍA HÁBIL A PARTIR DE LA FECHA EN LA QUE SE REALIZÓ DICHA TRANSACCIÓN. CONSULTE EL FORMULARIO DE AVISO DE CANCELACIÓN ADJUNTO PARA OBTENER UNA EXPLICACIÓN DE ESTE DERECHO.**

**20. DIVULGACIONES ESPECÍFICAS DE CADA ESTADO.**

**CLIENTES DE VENTA A DOMICILIO: RESIDENTES DE ARIZONA, CONNECTICUT, DAKOTA DEL NORTE Y RHODE ISLAND:**

ESTE INSTRUMENTO SE BASA EN UNA VENTA SOLICITADA A DOMICILIO/PERSONAL QUE ESTÁ SUJETA A LAS DISPOSICIONES DEL CAPÍTULO 15 DEL TÍTULO 44 DE LOS ESTATUTOS REVISADOS DE ARIZONA (ARIZONA REVISED STATUTES) EN ARIZONA, LA LEY DE VENTAS A DOMICILIO (HOME SOLICITATION SALES ACT) EN CONNECTICUT Y EL CÓDIGO DE SIGLO DE DAKOTA DEL NORTE (NORTH DAKORA CENTURY CODE) EN DAKOTA DEL NORTE. ESTE INSTRUMENTO NO ES NEGOCIABLE.

**PARA PRESTATARIOS DE ALABAMA:** RESIDENTES DE ALABAMA: PRECAUCIÓN – ES IMPORTANTE QUE LEA ESTE PAGARÉ Y ACUERDO DE PRÉSTAMO DETENIDAMENTE ANTES DE FIRMARLO O ACEPTARLO.

**PARA PRESTATARIOS DE ARIZONA:** ESTE INSTRUMENTO SE BASA EN UNA VENTA SOLICITADA A DOMICILIO/PERSONAL, LO QUE ESTÁ SUJETA A LAS DISPOSICIONES DEL CAPÍTULO 15.1 DEL TÍTULO 44 DE LOS ESTATUTOS REVISADOS DE ARIZONA (ARIZONA REVISED STATUTES) EN ARIZONA. ESTE INSTRUMENTO NO ES NEGOCIABLE.

**AVISO DE DERECHO DE REGISTRAR UNA DEMANDA**

El propietario de la propiedad sujeta a este contrato tiene derecho de registrar una demanda escrita ante el Registrador de contratistas de Arizona por una presunta violación del art. 32-1154(A) de los Estatutos Revisados de Arizona dentro de dos (2) años de la finalización del proyecto específico sujeto a este contrato. Puede ponerse en contacto con el Registrador de contratistas de Arizona en su sitio web: https://roc.az.gov; o por teléfono: (602) 542-1525.

Aviso: Usted puede solicitar que las divulgaciones iniciales prescritas en la Ley de veracidad en los préstamos (Código 15 de los Estados Unidos de América, artículos 1601-1666j) se provean en español antes de firmar cualquier documento del préstamo.

Nota: Hay divulgaciones adicionales para prestatarios de Arizona en un documento por separado.

**PARA PRESTATARIOS DE CALIFORNIA: Este préstamo se hace de conformidad con el art. 22000 y siguientes de la Ley de Prestamistas Financieros de California, (California Finance Lenders Law), Código de Finanzas de California PARA MÁS INFORMACIÓN, COMUNÍQUESE CON EL DEPARTAMENTO DE SUPERVISIÓN COMERCIAL, ESTADO DE CALIFORNIA.**

**PARA PRESTATARIOS DEL DISTRITO DE CONNECTICUT:** ESTE INSTRUMENTO SE BASA EN UNA VENTA SOLICITADA A DOMICILIO, LA CUAL ESTÁ SUJETA A LAS DISPOSICIONES DE LA LEY DE VENTAS A DOMICILIO. ESTE INSTRUMENTO NO ES NEGOCIABLE.

**PARA PRESTATARIOS DEL DISTRITO DE COLUMBIA: Derecho de cancelación del comprador:** Si este contrato fue ofrecido en o cerca de su residencia y usted no desea los productos o servicios, puede cancelar este acuerdo enviando por correo una notificación al vendedor. La notificación debe indicar que usted no desea los productos o servicios y debe enviarse por correo antes de la media noche del tercer día hábil después de que usted haya firmado este contrato. La notificación debe enviarse por correo postal a LOANPAL, 8781 Sierra College Blvd., Roseville, CA 95661.

**PARA PRESTATARIOS DE FLORIDA:** Loanpal ha pagado o pagará el impuesto de timbre fiscal de Florida requerido por ley por un monto de $0.35 por cada cien dólares de manera directa al Departamento de Ingresos (Department of Revenue). N.º de certificado de registro: #78-8017862271-5.

**PARA PRESTATARIOS DE ILLINOIS:** Prepago completo en cualquier fecha de vencimiento según este acuerdo bajará los cargos de seguro del préstamo.

COPY VIEW

THIS IS A COPY
The Authoritative Copy of this record is held at NA3.docusign.net

**PARA PRESTATARIOS DE IOWA:** AVISO PARA EL CONSUMIDOR:

[1] No firme este documento antes de leerlo.

[2] Tiene derecho a recibir una copia de este documento.

[3] Puede realizar un pago anticipado del saldo adeudado en cualquier momento sin sufrir sanciones, y podría tener derecho a recibir un reembolso de los cargos no devengados conforme a la ley.

IMPORTANTE: LEA ANTES DE FIRMAR. Los términos de este acuerdo deben leerse detenidamente, puesto que únicamente estos términos por escrito son aplicables. Es posible que no se pueda aplicar legalmente ningún otro término o promesa oral que no se incluya en este contrato por escrito. Solo puede modificar los términos de este acuerdo a través de otro acuerdo por escrito.

**PARA PRESTATARIOS DE KANSAS: AVISO AL COMPRADOR:**

1) No firme este contrato antes de leerlo.
2) Tiene derecho a una copia de este contrato.
3) Bajo la ley, tiene derecho a liquidar la totalidad de su préstamo en cualquier momento sin multa alguna.

**PARA PRESTATARIOS DE LOUISIANA:**

DERECHO DE CANCELACIÓN DEL COMPRADOR. Si este contrato se solicitó en su residencia y usted no quiere los bienes o servicios, puede cancelar este contrato al enviar por correo un aviso al vendedor. Este aviso debe decir que usted no quiere los bienes o servicios y se debe enviar antes de la medianoche del tercer día hábil después de firmar este contrato. El aviso se debe enviar a: LOANPAL, 8781 Sierra College Blvd., Roseville, CA 95661. Si usted cancela, el vendedor puede mantener todo su pago inicial en efectivo. A pesar de cualquier otra provisión en este contrato, usted no estará obligado a pagarnos por nuestros honorarios de abogados encima del veinticinco por ciento de la deuda no pagada después del impago y la referencia a un abogado para cobrar.

**PARA PRESTATARIOS DE MARYLAND:** Este préstamo conforme a las provisiones crediticias de otorgantes de crédito cerrado – Credit Grantor Closed-end Credit Provisions of Title 12, Subtitle 10 of the Maryland Commercial Law Article (Md. Code Ann., Com. Law § 12-1001 et seq.).

Aviso: Si usted es un prestatario de Maryland que tiene más de 65 años de edad: **USTED, EL COMPRADOR, PUEDE CANCELAR ESTA TRANSACCIÓN EN CUALQUIER MOMENTO ANTES DE LA MEDIANOCHE DEL QUINTO DÍA HÁBIL A PARTIR DE LA FECHA EN LA QUE SE REALIZÓ DICHA TRANSACCIÓN. CONSULTE EL FORMULARIO DE AVISO DE CANCELACIÓN ADJUNTO PARA OBTENER UNA EXPLICACIÓN DE ESTE DERECHO.**

**PARA PRESTATARIOS DE MASSACHUSETTS: Usted puede cancelar este contrato si ha sido firmado por una parte del mismo en un lugar diferente a una dirección del vendedor, que puede ser su propia oficina o sucursal de la misma, siempre que usted notifique al vendedor por escrito en su oficina principal o sucursal mediante correo ordinario, telegrama enviado o por entrega en mano propia, a más tardar en la media noche del tercer día hábil después de la firma de este contrato. Consulte el formulario de notificación de cancelación adjunto para una explicación de este derecho.**

**PARA PRESTATARIOS DE MICHIGAN. Aviso al comprador:**

**1) No firme este contrato antes de leerlo.**
**2) Tiene derecho a una copia completamente llenada de este contrato.**
**3) Bajo la ley, tiene derecho a liquidar la totalidad de su préstamo y, bajo ciertas condiciones, obtener un reembolso parcial del cargo financiero.**
**4) Puede rescindir o cancelar este contrato, a más tardar a las 5 p.m. del siguiente día hábil del día del mismo al darle aviso escrito de rescisión al contratista o su agente en su lugar de negocios proveído en el contrato o al enviarle por correo el aviso de rescisión al contratista a su lugar de negocios proveído en el contrato al depositar una carta certificada y bien dirigida en un correo estadounidense o un buzón de entrada, pero si rescinde después de las 5 p.m. del siguiente día hábil, aún tiene derecho a ofrecer defensas a mitigar daños y perseguir cualquier derecho de acción o defensas que surjan de la transacción.**

**Se prohíbe que el vendedor tenga un servicio postal independiente o que un tercero recoja su pago en su residencia antes del fin del periodo de tres (3) días hábiles en los que puede rescindir la transacción.**

**PARA PRESTATARIOS DE MISSOURI.** AVISO DE CANCELACIÓN

**Si este contrato se solicitó en su residencia y no quiere los bienes o servicios, usted puede cancelar, sin obligación adicional, este contrato al enviarle un aviso al vendedor a la dirección especificada abajo, dentro de 3 días hábiles después de la fecha de arriba. Usted debe devolver los bienes al vendedor sustancialmente en la misma condición tal y como los recibió. El vendedor entonces cancelará todos los contratos y instrumentos negociables ejecutados por usted y devolverá cualquier propiedad dada al vendedor por usted dentro de diez (10) días de la fecha de transacción. Si el vendedor no recoge los bienes comprados dentro de veinte (20) días de su cancelación, usted puede guardar o desechar los bienes sin cualquier obligación adicional.**

**El aviso se debe enviar a: LOANPAL, 8781 Sierra College Blvd., Roseville, CA 95661**

Los acuerdos o compromisos orales para otorgar préstamos de dinero, conceder crédito o abstenerse de exigir la cancelación de una deuda, incluidas las promesas para ampliar o renovar dicha deuda, no son aplicables. Para protegernos a usted (prestador) y a mí de malentendidos o decepciones, todos los acuerdos que celebremos en relación con dichas cuestiones se incluirán en este

COPY VIEW

THIS IS A COPY
The Authoritative Copy of this record is held at NA3.docusign.net

documento por escrito, que representa la declaración completa y exclusiva del acuerdo entre nosotros, a menos que acordemos modificarlo por escrito en el futuro.

**PARA PRESTATARIOS DE NEBRASKA:** A fin de que un acuerdo de crédito sea aplicable en virtud de la ley de Nebraska, debe establecerse por escrito. Para protegernos a usted y a mí de malentendidos o decepciones, todos los contratos, promesas, compromisos u ofertas para abstenerse de efectuar una devolución de dinero o para realizar cualquier otro arreglo financiero en relación con este préstamo de dinero u otorgación de crédito, así como cualquier enmienda, cancelación, renuncia o reemplazo de alguno o todos los términos o disposiciones de cualquier instrumento o documento ejecutado en relación con este préstamo de dinero u otorgación de crédito, deben establecerse por escrito para ser aplicables.

**PARA PRESTATARIOS DE NEW HAMPSHIRE: Usted o su abogado puede registrar una demanda con el Comisionado del Banco de New Hampshire.**

**SOLO PARA PRESTATARIOS DE NUEVA JERSEY:**

**RECEPCIÓN:** LOANPAL - 8781 Sierra College Blvd., Roseville, CA 95661, Sistema Solar/Almacenamiento Domiciliario Enganche del préstamo: $0

**NOTIFICACIÓN A COMPRADOR MINORISTA**: USTED PUEDE RESCINDIR ESTA VENTA SIEMPRE Y CUANDO NOTIFIQUE AL VENDEDOR MINORISTA SOBRE SU INTENCIÓN DE HACERLO MEDIANTE CORREO CERTIFICADO, CON ACUSE DE RECIBO OBLIGATORIO, CON SELLO POSTAL FECHADO A MÁS TARDAR A LAS 5 P. M. DEL TERCER DÍA HÁBIL DESPUÉS DE LA VENTA. NO OBSTANTE, EL HECHO DE NO EJERCER ESTA OPCIÓN NO INTERFERIRÁ CON NINGÚN OTRO RECURSO EN CONTRA DEL VENDEDOR MINORISTA QUE USTED PUEDA POSEER. SI USTED ASÍ LO DESEA, PUEDE USAR ESTA PÁGINA COMO NOTIFICACIÓN POR ESCRITO "POR MEDIO DEL PRESENTE RESCINDO" Y AGREGANDO SU NOMBRE Y DIRECCIÓN. EL VENDEDOR MINORISTA PROPORCIONA UNA COPIA DE ESTE RECIBO PARA SUS ARCHIVOS.

Los títulos de sección de este pagaré constituyen un índice, y no representan los términos del contrato. En la medida en que lo permita la ley aplicable, las partes de este pagaré que incluyen referencias a las medidas tomadas se aplican a los actos y prácticas permitidos o exigidos por la ley de Nueva Jersey. En este pagaré, los actos y prácticas (i) que realice que estén o que podrían estar permitidos por la "ley aplicable" están permitidos por la ley de Nueva Jersey; y (ii) que podría realizar o que realizará, a menos que estén prohibidos por la "ley aplicable", están permitidos por la ley de Nueva Jersey.

**PARA PRESTATARIOS DE DAKOTA DEL NORTE:** Este instrumento se basa en una venta solicitada a domicilio/personal, la cual está sujeta a las disposiciones del Código de Siglo de Dakota del Norte. Este instrumento no es negociable.

**PARA PRESTATARIOS DE OHIO: Este préstamo se hizo conforme con las provisiones de Ohio Rev. Code Ann. §§ 1321.62-1321.702.**

**PARA PRESTATARIOS DE OKLAHOMA:** Usted debe referirse al archivo apropiado del contrato por cualquier información que dicho contrato provee sobre impago, incumplimiento, el derecho de acelerar el vencimiento de la deuda, y reembolsos o multas de pagos anticipados.

DERECHO DE CANCELACIÓN DEL COMPRADOR. Si este contrato se solicitó en su residencia y usted no quiere los bienes o servicies, puede cancelar este contrato al enviarle por correo un aviso al vendedor. Este aviso debe decir que usted no quiere los bienes o servicios y se debe enviar antes de la medianoche del tercer día hábil después de firmar este contrato.

El aviso se debe enviar a: LOANPAL: 8781 Sierra College Blvd., Roseville, CA 95661.

Si usted cancela, el vendedor puede mantener todo o una porción de su pago inicial de efectivo, sin exceder cinco por ciento (5%) del precio total.

**PARA PRESTATARIOS DE RHODE ISLAND: Aviso de cancelación:** usted puede cancelar esta transacción, sin multa u obligación alguna, dentro de tres (3) días hábiles desde la fecha mencionada anteriormente. Si usted cancela, su notificación de cancelación debe indicar que usted no desea quedar vinculado por el acuerdo y debe enviarla por correo registrado o certificado a más tardar a la media noche del tercer (3) día después de que el comprador firme el contrato, excluyendo domingos y cualquier día festivo en el que no se hagan entregas regulares de correo postal. Todas las cancelaciones deben enviarse a: LOANPAL, 8781 Sierra College Blvd., Roseville, CA 95661.**PARA PRESTATARIOS DE CAROLINA DEL SUR E IDAHO: DERECHO DE CANCELACIÓN DEL COMPRADOR:** Si usted decide que no desea los productos o servicios, puede cancelar este contrato enviando por correo postal una notificación al vendedor. La notificación debe indicar que usted no desea los productos o servicios y debe enviarse antes de la media noche del tercer día hábil después de que usted firme este contrato. La notificación debe enviarse por correo postal a: LOANPAL, 8781 Sierra College Blvd., Roseville, CA 95661.

**PARA PRESTATARIOS DE DAKOTA DEL SUR:** Todas las irregularidades que se comentan al efectuar el préstamo o en relación con las prácticas de préstamo pueden informarse a la División de Banca de Dakota del Sur (South Dakota Division of Banking), visitando la oficina ubicada en 1601 N. Harrison Avenue, Suite 1, Pierre, SD 57501, o bien llamando al número de teléfono 605-773-3421.

**PARA PRESTATARIOS DE UTAH: DERECHO DE CANCELACIÓN DEL COMPRADOR**: Si este contrato fue ofrecido en su residencia o lugar de trabajo y usted no desea los productos o servicios, puede cancelar este contrato enviando por correo una notificación al vendedor. La notificación debe indicar que usted no desea los productos o servicios y debe enviarse antes de la media noche del tercer día hábil después de que usted firme este contrato. La notificación debe enviarse por correo postal a: LOANPAL, 8781 Sierra College Blvd., Roseville, CA 95661.

COPY VIEW

THIS IS A COPY
The Authoritative Copy of this record is held at NA3.docusign.net

El acuerdo por escrito es una manifestación final del acuerdo celebrado entre el acreedor y el deudor, y es posible que no pueda ser contradicho por evidencia de ningún supuesto acuerdo oral.

**PARA PRESTATARIOS DE VIRGINIA: DERECHO DE CANCELACIÓN DEL COMPRADOR: Si este contrato fue ofrecido en una residencia y usted no desea los productos o servicios, usted, el comprador, puede cancelar esta transacción en cualquier momento antes de la media noche del tercer día hábil posterior a la fecha de esta transacción. Consulte el formulario de notificación de cancelación adjunto para una explicación de este derecho.**

**PARA PRESTATARIOS DE WISCONSIN:** Con respecto a los residentes de Wisconsin que estén casados, mi firma en este pagaré confirma que esta obligación crediticia será en beneficio de mi matrimonio o familia. Ninguna disposición de algún acuerdo de bienes conyugales (acuerdo prematrimonial), declaración unilateral en virtud de la sección 766.59 o sentencia judicial en virtud de la sección 766.70 afectará los intereses del prestamista de forma negativa, a menos que este, antes de la fecha en que se apruebe el préstamo, reciba una copia del acuerdo, declaración o sentencia, o bien tenga conocimiento real respecto de la disposición desfavorable en el momento en que contraiga su obligación. Si me otorgan el préstamo que solicito, mi cónyuge también recibirá una notificación en la que se le informará que me han concedido dicho crédito.

**PARA PRESTATARIOS RHODE ISLAND: Notificación al Comprador**

**(1) No firme este contrato si alguno de los espacios destinados para los términos acordados de la medida de la información disponible para entonces se deja en blanco.**

**(2) Usted tiene derecho a una copia de este contrato al momento en que usted lo firme.**

**(3) Usted puede liquidar en cualquier momento la totalidad del saldo impagado que se adeude en virtud de este contrato, y al hacerlo es posible que usted tenga derecho a recibir un rembolso parcial de los cargos de finanzas y seguros.**

**(4) El vendedor no tiene derecho de ingresar de forma ilegal a sus instalaciones o de cometer cualquier violación de la paz para retomar la posesión de los productos comprados en virtud de este contrato.**

**(5) Usted puede cancelar este contrato si no ha sido firmado en la oficina principal o una sucursal del vendedor, siempre que usted notifique al vendedor en su oficina principal o sucursal que aparece en el acuerdo mediante correo registrado o certificado, que deberá cursarse a más tardar a la media noche del tercer día calendario después del día en que el comprador firma el contrato, excluyendo los domingos y los días festivos en los que no se hagan entregas regulares por correo. Consulte el formulario de notificación de cancelación adjunto para una explicación de los derechos del comprador.**

**Yo/nosotros confirmo que, al firmar a continuación, he/hemos leído y estoy/estamos de acuerdo con los términos del Contrato de préstamo.**

**Prestatario:** DocuSigned by: Imelda Lopez BFD6840B8A7B49A...

**Fecha:** 7/29/2020

**Aval:** DocuSigned by: Donaciano Lopez BFD6840B8A7B49A...

**Fecha:** 7/29/2020

**Loanpal:** Matt Dawson

**Matt Dawson, Co-Fundador**

COPY VIEW

THIS IS A COPY
The Authoritative Copy of this record is held at NA3.docusign.net

ANEXO A: EJEMPLO DE UN CERTIFICADO DE CIERRE DE PRÉSTAMO

# Certificado de cierre de préstamo

Prestatario:
Aval:
Correo electrónico:
Teléfono:
Número de contrato de préstamo:

Dirección residencial:

| RESUMEN DEL PRÉSTAMO | | | | |
|---|---|---|---|---|
| FECHA DE INICIO DEL PRÉSTAMO | FECHA DEL PRIMER PAGO | DÍA DE PAGO RECURRENTE | FECHA DE VENCIMIENTO | MONTO TOTAL DEL PRÉSTAMO |

| RESUMEN DE LOS TÉRMINOS Y PAGOS DEL PRÉSTAMO | | | | | | |
|---|---|---|---|---|---|---|
| PLAZO DEL PRÉSTAMO | MONTO TOTAL DEL PRÉSTAMO | PAGO MENSUAL INICIAL | TASA DE INTERÉS FIJA / PORCENTAJE ANUAL | SALDO OBJETIVO | FECHA DE SALDO OBJETIVO | PAGO MENSUAL AJUSTADO* |

* Pago mensual ajustado supone que no se hizo ningún pago anticipado y no se cumplió con el Saldo Objetivo para la Fecha de Saldo Objetivo

COPY VIEW

## DESCRIPCIÓN DEL SISTEMA SOLAR/ALMACENAMIENTO

Contratista de la instalación:

*Número de Contrato de Mejora a Vivienda:

*Los Productos Comprados en virtud de este Contrato de préstamo para sistema solar/almacenamiento domiciliario serán detallados en el Contrato de Mejora de Vivienda

## TÉRMINOS DE PAGO

Plazo:
Tasa de interés / porcentaje anual:
Pago Mensual Inicial:

Fecha de Saldo Objetivo:
Monto de Saldo Objetivo:
Pago Mensual Ajustado:

## RESUMEN DE PRÉSTAMO

Fecha de Inicio del Préstamo:
Fecha del Primer Pago:
Día de pago recurrente:

Fecha de Vencimiento:
Monto Total del Préstamo:

THIS IS A COPY
The Authoritative Copy of this record is held at NA3.docusign.net

7/29/2020

**PARA TODOS LOS PRESTATARIOS:**

**AVISO DE CANCELACIÓN**

**USTED PUEDE CANCELAR ESTA TRANSACCIÓN, SIN MULTA U OBLIGACIÓN ALGUNA, DENTRO DE LOS TRES DÍAS HÁBILES A PARTIR DE LA FECHA MENCIONADA ANTERIORMENTE.**

**SI USTED CANCELA, CUALQUIER PROPIEDAD COMERCIALIZADA, CUALQUIER PAGO HECHO POR USTED EN VIRTUD DEL CONTRATO O VENTA, Y CUALQUIER INSTRUMENTO NEGOCIABLE FIRMADO POR USTED SERÁ DEVUELTO DENTRO DE LOS DIEZ DÍAS HÁBILES DESPUÉS DE QUE EL VENDEDOR RECIBA SU AVISO DE CANCELACIÓN, Y CUALQUIER GARANTÍA PRENDARIA QUE SURJA DE LA TRANSACCIÓN SERÁ CANCELADA.**

**SI USTED CANCELA DEBE PONER A DISPOSICIÓN DEL VENDEDOR LOS PRODUCTOS EN SU RESIDENCIA [LA DE USTED], SUSTANCIALMENTE EN LAS MISMAS CONDICIONES EN QUE LE FUERON ENTREGADOS A USTED EN VIRTUD DE ESTE CONTRATO O VENTA; O USTED PUEDE, SI LO DESEA, CUMPLIR CON LAS INSTRUCCIONES DEL VENDEDOR RESPECTO AL ENVÍO DE DEVOLUCIÓN DE LOS PRODUCTOS A EXPENSAS Y RIESGO DEL VENDEDOR.**

**SI EN EFECTO USTED PONE A DISPOSICIÓN DEL VENDEDOR LOS PRODUCTOS Y EL VENDEDOR NO LOS RECOGE DENTRO DE LOS VEINTE DÍAS POSTERIORES A LA FECHA DE SU AVISO DE CANCELACIÓN, USTED PUEDE RETENER O DISPONER DE LOS PRODUCTOS SIN NINGUNA OBLIGACIÓN ADICIONAL. SI USTED NO PONE LOS PRODUCTOS A DISPOSICIÓN DEL VENDEDOR, O SI USTED ACEPTA REGRESAR LOS PRODUCTOS AL VENDEDOR Y NO LO HACE, ENTONCES USTED SEGUIRÁ SIENDO RESPONSABLE DE CUMPLIR CON TODAS LAS OBLIGACIONES EN VIRTUD DEL CONTRATO.**

**PARA CANCELAR ESTA TRANSACCIÓN, ENVÍE POR CORREO O ENTREGUE EN PERSONA, UNA COPIA FIRMADA Y FECHADA DE ESTE AVISO DE CANCELACIÓN O CUALQUIER OTRA NOTIFICACIÓN POR ESCRITO, O ENVÍE UN TELEGRAMA A LOANPAL, A 8781 SIERRA COLLEGE BLVD., ROSEVILLE, CA 95746, A MÁS TARDAR A LA MEDIA NOCHE DEL** ____8/1/2020____**.**

**POR MEDIO DEL PRESENTE CANCELO ESTA TRANSACCIÓN.**

__________________ ____________________________________

**Fecha** **Prestatario**

COPY VIEW

THIS IS A COPY
The Authoritative Copy of this record is held at NA3.docusign.net

7/29/2020

**PARA TODOS LOS PRESTATARIOS:**

**AVISO DE CANCELACIÓN**

**USTED PUEDE CANCELAR ESTA TRANSACCIÓN, SIN MULTA U OBLIGACIÓN ALGUNA, DENTRO DE LOS TRES DÍAS HÁBILES A PARTIR DE LA FECHA MENCIONADA ANTERIORMENTE.**

**SI USTED CANCELA, CUALQUIER PROPIEDAD COMERCIALIZADA, CUALQUIER PAGO HECHO POR USTED EN VIRTUD DEL CONTRATO O VENTA, Y CUALQUIER INSTRUMENTO NEGOCIABLE FIRMADO POR USTED SERÁ DEVUELTO DENTRO DE LOS DIEZ DÍAS HÁBILES DESPUÉS DE QUE EL VENDEDOR RECIBA SU AVISO DE CANCELACIÓN, Y CUALQUIER GARANTÍA PRENDARIA QUE SURJA DE LA TRANSACCIÓN SERÁ CANCELADA.**

**SI USTED CANCELA DEBE PONER A DISPOSICIÓN DEL VENDEDOR LOS PRODUCTOS EN SU RESIDENCIA [LA DE USTED], SUSTANCIALMENTE EN LAS MISMAS CONDICIONES EN QUE LE FUERON ENTREGADOS A USTED EN VIRTUD DE ESTE CONTRATO O VENTA; O USTED PUEDE, SI LO DESEA, CUMPLIR CON LAS INSTRUCCIONES DEL VENDEDOR RESPECTO AL ENVÍO DE DEVOLUCIÓN DE LOS PRODUCTOS A EXPENSAS Y RIESGO DEL VENDEDOR.**

**SI EN EFECTO USTED PONE A DISPOSICIÓN DEL VENDEDOR LOS PRODUCTOS Y EL VENDEDOR NO LOS RECOGE DENTRO DE LOS VEINTE DÍAS POSTERIORES A LA FECHA DE SU AVISO DE CANCELACIÓN, USTED PUEDE RETENER O DISPONER DE LOS PRODUCTOS SIN NINGUNA OBLIGACIÓN ADICIONAL. SI USTED NO PONE LOS PRODUCTOS A DISPOSICIÓN DEL VENDEDOR, O SI USTED ACEPTA REGRESAR LOS PRODUCTOS AL VENDEDOR Y NO LO HACE, ENTONCES USTED SEGUIRÁ SIENDO RESPONSABLE DE CUMPLIR CON TODAS LAS OBLIGACIONES EN VIRTUD DEL CONTRATO.**

**PARA CANCELAR ESTA TRANSACCIÓN, ENVÍE POR CORREO O ENTREGUE EN PERSONA, UNA COPIA FIRMADA Y FECHADA DE ESTE AVISO DE CANCELACIÓN O CUALQUIER OTRA NOTIFICACIÓN POR ESCRITO, O ENVÍE UN TELEGRAMA A LOANPAL, A 8781 SIERRA COLLEGE BLVD., ROSEVILLE, CA 95746, A MÁS TARDAR A LA MEDIANOCHE DEL** 8/1/2020 **.**

**POR MEDIO DEL PRESENTE CANCELO ESTA TRANSACCIÓN.**

______________________ ______________________________________________

**Fecha** **Prestatario**

COPY VIEW

THIS IS A COPY
The Authoritative Copy of this record is held at NA3.docusign.net

## AVISO DE POLÍTICA DE PRIVACIDAD Y COMPARTIMIENTO DE INFORMACIÓN

**Política de privacidad:** Nos encargamos de proteger la privacidad y confidencialidad de la información de nuestros clientes seriamente. Mantenemos salvaguardias que cumplen con los estándares federales para asegurar y proteger su información. Esta política aplica a los clientes actuales o anteriores de Loanpal, LLC ("Loanpal"). Recolectamos información de su aplicación, cuando hace un pago, de las agencias de informe crediticio, de fuentes públicas, y otras fuentes de datos. Podemos divulgar esta información en la medida que lo permita la ley. Podemos proporcionar su información sin su consentimiento a agencias del orden público en la medida que lo permita la ley.

**Compartimiento de información y exclusión voluntaria:** Empresas financieras deciden como comparten información personal de sus clientes. La ley federal le da el derecho de limitar alguna información, pero no toda. Favor de leer este aviso cuidadosamente para entender lo que hacemos. Para información adicional, visite: http://www.loanpal.com/privacy.html.

Los tipos de información personal que recolectamos y divulgamos incluyen, pero no son limitados a:

- Saldos de cuenta e historial de pagos
- Información de cuenta bancaria
- Número de seguridad social e ingresos
- Historial de crédito y calificaciones crediticias
- Dirección
- Números de teléfono

Todas las empresas financieras necesitan compartir la información personal de sus clientes para dirigir sus negocios diariamente. En la sección a continuación, nombramos las razones por las que empresas pueden compartir la información de sus clientes; la razón por la que compartimos esta información; y si puede limitar este compartimiento. Si desea excluirse voluntariamente del compartimiento de su información o si tiene cualquier duda o pregunta, favor de llamarnos al (877) 290-9991.

| Razones por las que compartimos su información | ¿Compartimos esta información? | ¿Puede limitar el compartimiento de esta información? |
|---|---|---|
| Por nuestros propósitos del negocio cotidiano, tal como para procesar sus transacciones, mantener su cuenta, responder a mandatos judiciales e investigaciones legales o para reportar a las agencias de informe crediticio. | SÍ | NO |
| Por nuestros propósitos de mercadear y ofrecer productos y servicios a usted | SÍ | NO |
| Por mercadeo conjunto con otras empresas financieras – para ofrecerle otros servicios a usted | SÍ | NO |
| Por los propósitos del negocio cotidiano de nuestras filiales – información sobre su transacción y experiencias | NO | N/A |
| Por los propósitos del negocio cotidiano de nuestras filiales – información sobre su capacidad crediticia | NO | N/A |
| Para que nuestras filiales mercadeen a usted | NO | N/A |
| Para que empresas no afiliadas mercadeen a usted | NO | N/A |

**¿Cómo protege Loanpal mi información personal?** Para proteger su información de acceso y uso no permitido, tomamos medidas de seguridad que cumplen con los requisitos de la ley federal. Estas medidas incluyen salvaguardias de la computadora y archivos y edificios seguros.

**¿Cómo recolecta Loanpal mi información personal?** Cuando usted aplica por un préstamo o hace un pago. Además, recolectamos información de otros proveedores de datos, tal como las agencias de informe crediticio.

**¿Por qué no puedo limitar todo compartimiento?** La ley federal le da el derecho de limitar solo:

- Compartimiento por propósitos de negocio de los filiales – información de su capacidad crediticia
- Filiales de usar su información para mercadear a usted
- Compartimiento de los terceros no afiliados para mercadear a usted

**Filiales** Empresas relacionadas por propiedad en común

**Empresas no afiliadas** Empresas no relacionadas por propiedad en común o control. Podemos compartir información con empresas no afiliadas incluyendo empresas de otros servicios financieros o empresas de servicios no financieros.

**Mercadeo conjunto** Un acuerdo formal entre empresas no afiliadas para mercadear a usted.

COPY VIEW

## CONSENTIMIENTO EXPRESO Y ESCRITO DE COMUNICAR O LLAMARLE A TRAVÉS DE TELÉFONO CELULAR U OTRAS MEDIDAS

Nos tomamos en serio su privacidad. Al firmar este documento, está proveyendo su consentimiento expreso y escrito que Loanpal, LLC ("Loanpal") o las empresas trabajando en nombre de Loanpal le llaman a usted (incluso a través de maneras automatizadas: por ejemplo, automarcación, mensajes de texto, y mensajes pregrabados) a través de teléfono, dispositivos móviles o celulares – incluyendo mensajes de texto (SMS o MMS) y/o a través de correo electrónico, aun si su número de teléfono esté presente en una lista estatal, federal o nacional de no marcar ("DNC" o "Do-Not Call").

El consentimiento no está requerido para tener negocios con Loanpal y usted puede rescindir este consentimiento en cualquier momento por llamarnos al (877) 290-9991 o enviarnos correo a 8781 Sierra College Blvd, Roseville, CA 95661. Si rescinde su consentimiento, le pondremos en nuestra lista de no marcar.

Solo para prestatarios de Nevada: Le proporcionamos este aviso bajo la ley estatal. Usted puede ponerse en nuestra lista interna de no marcar llamándonos al (877) 290-9991. Nevada pide que le proporcionemos su información de contacto. Office Bureau of Consumer Protection, Office of the Nevada Attorney General, 555 E. Washington St. Suite 3900, Las Vegas, NV 89101. Número de teléfono: (702) 486-3132; Correo electrónico: bcinfo@ag.state.nv.us.

Solo para prestatarios de California y Vermont: En virtud de las leyes de California y Vermont, no compartiremos la información que recompilemos sobre usted con empresas que no pertenezcan a Loanpal, a menos que así lo permita la ley.

| DocuSigned by: Imelda Lopez | 7/29/2020 | DocuSigned by: Donaciano Lopez | 7/29/2020 |
|---|---|---|---|
| Prestatario ...7B49A... | Fecha | Aval BFD6840B8A7B49A... | Fecha |

THIS IS A COPY
The Authoritative Copy of this record is held at NA3.docusign.net

## ACUERDOS Y SOLICITUD DE MEMBRESÍA

Loanpal se asocia con varias instituciones financieras y cooperativas de crédito que pueden comprar préstamos originados por Loanpal. Cuando una cooperativa de crédito compra su préstamo, usted puede estar inscrito como miembro de esa cooperativa de crédito y recibirá los beneficios adicionales de esa membresía. Su membresía puede cancelarse en cualquier momento después de la inscripción si así lo solicita.

Al poner mis iniciales abajo, yo entiendo que estoy solicitando Membresía de la PenFed Credit Union, he leído y revisado las divulgaciones a continuación. https://www.penfed.org/forms/penfed-membership-disclosures
https://www.penfed.org/privacy-policy
https://www.penfed.org/current-service-fees
https://www.penfed.org/accounts/regular-savings-account

Iniciales del Prestatario: DS IL

## ACUERDO DE MEMBRESÍA DE PENFED

Las palabras "yo", "mío", "mi", "mí mismo" hacen referencia a cada persona que firma la Solicitud de membresía/Tarjeta de firma, incluida cualquier persona que tenga acceso a las cuentas.

1. Entiendo que esta cuenta se regirá por el Código de Virginia, las leyes federales, las Reglas y regulaciones de la Administración Nacional de Cooperativas de Crédito (National Credit Union Administration, NCUA), y los estatutos, políticas y procedimientos de la cooperativa de crédito y sus enmiendas. Esta cuenta estará sujeta a otros términos y condiciones que, a su vez, están sujetos a cambios si se me notifica.

2. Acepto que PenFed tiene el derecho de conformidad con su gravamen estatutario, y doy mi consentimiento expreso, para permitir que PenFed cargue un saldo en mis cuentas de PenFed, incluidas las cuentas en las que soy propietario conjunto, para incluir fondos de otro modo protegidos por estatutos que quizás, de otro modo, no estén disponibles mediante un proceso legal, para liquidar el endeudamiento de PenFed que adeude yo o una persona que figure en la lista de propietarios conjuntos en mis cuentas con PenFed, incluido un propietario conjunto fallecido. Esta disposición no incluye mi cuenta IRA ni otras cuentas para las cuales esta disposición no está permitida en virtud del Código de Impuestos Internos. PenFed puede tomar dicha medida sin notificarme previamente ni avisar a un propietario conjunto. Con respecto a los fondos que tienen una protección legal, entiendo que puedo retirar mi consentimiento expreso para que PenFed aplique dichos fondos para pagar dicha deuda al notificar por escrito a PenFed. Si se retira mi consentimiento, PenFed puede, a su entera discreción, dar por finalizados los servicios que tengo con la cooperativa de crédito.

3. Autorizo expresamente a PenFed a que solicite un informe de crédito a una persona, sociedad, agencia de informes de crédito, asociación, firma o corporación, y para que dicha persona proporcione a PenFed dicho informe de crédito sobre los servicios financieros que puedo solicitar u obtener de PenFed, así como la posterior reevaluación de dichos servicios financieros.

4. Si he causado que PenFed incurra en una pérdida debido a mis actividades o si mantengo cuentas en PenFed de una manera que PenFed, a su entera discreción, considera contraria a la práctica financiera adecuada, estoy de acuerdo en que PenFed puede cancelar todas las cuentas o servicios que pueda recibir de PenFed con la excepción de mi Cuenta de acciones regular.

5. Entiendo que si todas mis acciones en PenFed se retiran, mi membresía en PenFed puede cancelarse. Los fondos en mis cuentas estarán sujetos a cobro a través de los canales bancarios normales y la política de retención de PenFed.

6. Acepto que mis cuentas compartidas no son transferibles, excepto en los registros de PenFed.

7. Estoy de acuerdo en que el pago de dinero en la cuenta según las instrucciones escritas de una persona autorizada exime a PenFed de una obligación legal adicional con respecto a los ingresos de la transacción. Acepto indemnizar y liberar de toda responsabilidad a PenFed, directa o indirectamente, como consecuencia del manejo de la cuenta de acuerdo con las instrucciones escritas de una persona autorizada. PenFed puede negarse a cumplir mis instrucciones si no son claras o si la firma no parece auténtica.

8. Los servicios financieros provistos por PenFed pueden usarse para cualquier transacción permitida por la ley. Estoy de acuerdo en que el uso ilegal de los servicios financieros se considerará una acción de incumplimiento o violación del contrato, y dicho servicio u otros servicios relacionados pueden suspenderse a discreción de PenFed. Además, estoy de acuerdo en que, si ocurriera un uso ilegal, renuncio a los derechos de demandar a PenFed por dicho uso o actividad ilegal directa o indirectamente relacionada con este. Estoy de acuerdo en indemnizar y eximir de toda responsabilidad, demanda u otras acciones legales a PenFed, directa o indirectamente, que se produzcan debido a dicho uso ilegal.

**9. ACUERDO DE CUENTA CONJUNTA DE ACCIONES:**
Si mis cuentas, ya sea ahora o en el futuro, se establecen como una cuenta conjunta, PenFed está autorizada a reconocer todas las firmas de propietarios conjuntos para el pago de fondos o las transacciones de esta cuenta. Los propietarios conjuntos de esta cuenta están de acuerdo entre sí y ante PenFed en que todos los fondos depositados en la cuenta serán propiedad conjunta de todos los propietarios conjuntos. Los fondos en depósito estarán sujetos al retiro o la recepción de todos los propietarios conjuntos. En el caso del fallecimiento de un propietario y de acuerdo con el tipo de cuenta conjunta de acciones seleccionada, el retiro o pago también se puede hacer a los sobrevivientes o los patrimonios de los propietarios fallecidos. Cada propietario conjunto eximirá a PenFed de la responsabilidad del pago o retiro. Un propietario conjunto que sea miembro de PenFed puede prendar la totalidad o parte de las acciones en esta cuenta como garantía colateral para un préstamo, y PenFed está autorizada a cobrar de la cuenta cualquier deuda que adeude cada uno de los propietarios conjuntos.

**Importante: la propiedad conjunta no constituye una membresía.**

Esta cuenta se regirá por el Código de Virginia, las leyes, normas y reglamentos federales, y los estatutos de PenFed y sus modificaciones.

PenFed está asegurada federalmente por la Administración Nacional de Cooperativas de Crédito (NCUA). La información en este formulario está actualizada a mayo de 2019 y está sujeta a cambios. Para determinar si se han producido cambios desde la impresión, llame al 800-247-5626. Nuestra dirección, de acuerdo con la Ley de Nueva York, es 7940 Jones Branch Drive, Tysons, VA 22102.

He/hemos leído el Acuerdo de membresía y cuenta conjunta adjunto y, si se acepta, estoy/estamos de acuerdo con cumplir con estos términos y cualquier enmienda de estos, y a suscribir al menos una acción. Autorizo/autorizamos a PenFed a obtener un informe de crédito para determinar mi/nuestra elegibilidad para esta cuenta u otros servicios financieros que pueda/podamos solicitar. Bajo pena de perjurio, certifico/certificamos: 1) que el número que se muestra en el formulario es mi/nuestro número correcto de identificación del contribuyente; y 2) que no estoy sujeto/no estamos sujetos a la retención adicional de impuestos porque (a) estoy exento/estamos exentos de la retención adicional de impuestos, o (b) no he sido notificado/hemos sido notificados por el Servicio de Impuestos Internos (Internal Revenue Service, IRS) de que estoy sujeto/estamos sujetos a la retención adicional de impuestos como consecuencia de una falla en el informe de todos los intereses o dividendos, o (c) el IRS me/nos ha notificado que ya no estoy sujeto/estamos sujetos a la retención adicional de impuestos (táchese esta sección si está sujeto a la retención); y 3) soy/somos una persona estadounidense (incluido un extranjero residente en EE. UU.). El Servicio de Impuestos Internos no requiere su consentimiento para cualquier disposición de este documento que no sean las certificaciones requeridas para evitar la retención adicional de impuestos.

**PenFed Credit Union puede comprar préstamos originados por Loanpal. Al leer y firmar este documento, acepto/aceptamos los términos de este acuerdo y ser miembro/miembros de PenFed si PenFed adquiere mi/nuestro préstamo. Si firma este formulario y PenFed no compra su préstamo, no se convertirá en miembro de PenFed.**

DocuSigned by:
Imelda Lopez
BFD6840B8A7B49A...

7/29/2020

**Firma del prestatario** **Date**

COPY VIEW

THIS IS A COPY
The Authoritative Copy of this record is held at NA3.docusign.net

**DOCUMENTO DE AUTORIZACIÓN DE PAGO MENSUAL**

Loanpal le proporciona este documento para seleccionar el método de pago de su préstamo. Por favor, seleccione una de las siguientes opciones.

[ x ] **Pago con Pago automático**: Loanpal ofrece el Pago automático como servicio a nuestros clientes. Al pagar con Pago automático, autoriza a Loanpal y a sus agentes, proveedores de servicios, y sucesores o cesionarios a iniciar transferencias electrónicas de fondos preautorizadas ("Pago automático") a partir de las Fechas de vencimiento de pago especificadas en el Contrato de préstamo desde su cuenta descrita a continuación o desde cualquier cuenta bancaria actualizada que posteriormente nos brinde (la "Cuenta"). Si el Pago automático no se realiza en la Fecha de Vencimiento por cualquier motivo, Loanpal deducirá el pago al día siguiente en que Loanpal procese dichos pagos, o tan pronto como sea posible a partir de entonces. El monto del Pago automático será igual que el Pago mensual programado, como se muestra en su Contrato de préstamo (o cualquier monto modificado que podamos aceptar más adelante), y continuará hasta que su préstamo se pague por completo o cancele esta autorización. Si el monto de su pago cambia de este monto, le avisaremos al menos diez (10) días antes de la fecha programada del pago. Usted certifica que es el propietario o copropietario de la Cuenta. No somos responsables de los cargos bancarios en los que pueda incurrir debido a un Pago automático rechazado. Podemos reiniciar cualquier Pago automático no aprobado de la Cuenta hasta dos veces, hasta que se apruebe el pago. Además, Usted autoriza a Loanpal que corrija cualquier transacción errónea con créditos o débitos a su Cuenta, si es necesario.

**Información para el Pago automático:**

| Nombre del banco o cooperativa de crédito<br>Lone star national bank | |
|---|---|
| Número de ruta o ABA<br>[redacted] | Número de cuenta bancaria<br>[redacted] |




**Número de ruta o ABA** **Número de cuenta bancaria**

Tenga en cuenta que puede rescindir esta autorización en cualquier momento al (1) pagar el saldo restante adeudado, (2) enviarnos un aviso por escrito a **8781 Sierra College Blvd, Roseville, CA 95661**, o (3) llamar al 1-800-345-9372. Puede tomar tres días hábiles para que el cambio surta efecto. La cancelación del Pago automático no cancela ni lo exime de realizar todos sus pagos a tiempo cada mes.

[ ] **Pago por método alternativo**: si esta casilla está marcada, usted elige NO realizar sus pagos mensuales programados mediante Pago automático. En cambio, cada mes, debe enviarnos un cheque por correo o hacer arreglos para que los pagos se realicen de alguna otra manera aceptable para Loanpal. **Puede haber tarifas de procesamiento de pagos adicionales al elegir métodos de pago alternativos, como los cargos de pago con tarjeta de débito, cuando lo permita la ley.**

CONSERVE UNA COPIA DE ESTE DOCUMENTO PARA SUS REGISTROS.

DocuSigned by:
Imelda Lopez
8FD8840B0A7B49A...
Prestatario

7/29/2020
Fecha

COPY VIEW

THIS IS A COPY
The Authoritative Copy of this record is held at NA3.docusign.net

finance made friendly

# Gracias por elegir a Loanpal como su proveedor del préstamo solar.

COPY VIEW

## El Equipo Loanpal

(844) 910-0111

Iniciales del Prestatario DS IL

Iniciales del Aval DS DL