EXHIBIT
A-3

# Documentación del Sistema Solar

para

Imelda Lopez

¿Es usted el propietario de la casa en [redacted] Ln ? Yes

¿La casa en [redacted] Ln tu residencia principal? Yes

¿Cuál es el método preferido para contactarlo en el futuro con respecto al progreso de su proyecto solar?

| | | | |
|---|---|---|---|
| Phone - Teléfono | Monday - Friday/Lunes - Viernes | 12PM - 5PM | Phone - Teléfono |

*** Todos los contactos telefónicos realizados por Solcius serán de identificación de llamadas: Solcius, LLC 1-800-960-4150 ***

# DIVULGACIÓN DE COMPRA SOLAR SOLCIUS

Esta divulgación está diseñada para ayudarle a entender los términos y costos de su compra de un sistema eléctrico solar ("Sistema"). No es un sustituto para el Acuerdo de Instalación Solar ("Acuerdo") y otros documentos asociados con esta transacción. Toda información presentada abajo está sujeta a los términos del Acuerdo.

**Lea todos los documentos cuidadosamente para entender las transacciones completamente.**

## Contratista

Nombre: Solcius, LLC

Domicilio: 2308 W TRENTON ROAD
Edinburg TX 78539

Licencia#: 32880

Correo Electrónico: processing@solcius.com

Teléfono: (800) 960-4150

## Cliente

Nombre: Imelda Lopez

Dirreccion de Propiedad: [redacted] Ln
[redacted], TX [redacted]

ID Proyecto: P-128339-20

Correo Electrónico: [redacted]@gmail.com

Teléfono: (956) 353-0496

NOTA: USTED ESTA ENTRANDO A UN ACUERDO PARA COMPRAR UN SISTEMA GENERADOR DE ELECTRICIDAD SOLAR. USTED SERA PROPIETARIO (NO ALQUILARÁ) EL SISTEMA INSTALADO EN SU PROPIEDAD. TAL VEZ USTED TENGA DERECHO A RECIBIR CREDITOS DE IMPUESTOS FEDERALES O ESTATALES POR SU COMPRA. USTED DEBE CONSULTAR CON SU ASESOR FISCAL.

## Precio de Compra (A)

Precio de Compra: $ 38,750.00

Lista de cualesquier créditos, incentivas o rebates incluidos en el precio de compra arriba mencionado:

None

**NOTA:** Tal vez usted no sea elegible por todas las incentivas disponibles en su área. Consulte con su asesor fiscal para mas información.

## Calendario de Pagos (B)

Cantidad que usted le debe al Contratista al firmar:

$ ______

Balance Restante:

$ 38,750.00

- 80% del Balance Restante pagable al tiempo de instalación
- 20% el Balance Restante pagable a tiempo de interconexión del sistema a la red energética

## Financiamiento (C)

El sistema:

- [x] **SERÁ** financiado
- [ ] **NO SERÁ** financiado
- [ ] **DESCONOCIDO** para el contratista

**NOTA:** Si su sistema es financiado, lea cuidadosamente cualquier acuerdo y/o formas de divulgación proporcionadas por su prestamista. **Esta declaración no contiene los términos de su acuerdo de financiamiento**. Si usted tiene cualquier pregunta acerca de su arreglo financiero, comuníquese con su proveedor de financiamiento antes de firmar este Acuerdo.

**NOTA:** El costo de asegurar el Sistema no viene incluido dentro del calendario de pagos arriba mencionado. Usted es responsable por obtener cobertura de seguro por cualquier daño o perdida al Sistema. Usted debe consultar con un profesional de seguros para entender como puede protegerse contra el riesgo de perdida o daño al sistema. Usted deberá también consultar con su asegurador de casa acerca del impacto potencial de instalar su sistema.

## Tiempo de Instalación (D)

Fecha de Comienzo Aproximada: 3 días a partir de cuando se firme este Acuerdo.

Fecha de Finalización Aproximada: Dentro de 240 de la Fecha de cuando se firme el Acuerdo. Esta fecha es solamente una estimación y **NO** se garantiza.

**NOTA:** Demoras por municipalidades, asociaciones de propietarios de viviendas, compañías de servicios públicos, propietarios de vivienda y otros pueden demorar la fecha aproximada de finalización.

## Aprobación de Interconexión (E)

El Contratista es responsable por presentar una solicitud de Interconexión de Sistema. El cliente es responsable por cooperar con el Contratista in completar la Solicitud de Interconexión.

## Suposiciones sobre Lugar y Diseño para su Compra (F)

- Tamaño Estimado del sistema en Kilovatios: 7.750 kW (kWdc)
- Producción de electricidad anual bruto in horas de Kilovatios (kWh) del Sistema en el primer año de operación: 11,695.00 kWh
- Estimación de disminución anual de producción de electricidad debido al envejecimiento natural del Sistema: 0.5-0.7 %
- Ubicación del Sistema en su Propiedad: ☒ Techo o ☐ Montado en el Suelo
- Sistema **SERÁ** conectado a la red eléctrica.
- Su compañía de servicio público al momento de instalación ☒ **ACREDITA** ☐ **NO ACREDITA** a usted por el exceso de energía que genera su sistema. Las reglas que aplican a tal crédito son establecidas por su jurisdicción. Acción legislativa o reglamentaria puede afectar o eliminar su capacidad de vender o recibir crédito por cualquier exceso de energía generada por el Sistema y pudiera afectar el precio o valor de esa energía.

## Mantenimiento y Reparaciones de Sistema (G)

“Mantenimiento de Sistema” se refiere al mantenimiento y servicios requeridos o recomendados para mantener a su Sistema operando debidamente. El mantenimiento de Sistema es su responsabilidad y no está cubierto por el Acuerdo. “Reparaciones de Sistema” se refiere a las acciones requeridas para reparar su Sistema, si esta funcionando mal. Reparaciones de Sistema incluidas en las garantías

limitadas mencionadas en este Acuerdo son cubiertas por el Contratista. Reparaciones no incluidas en tales garantías limitadas, tal como daño físico al Sistema no ocasionado por el Contratista, son su responsabilidad y no están cubiertos por el Acuerdo. Véase Acuerdo para detalles de garantía. El Contratista le pasa al Cliente todas las garantías del fabricante de las partes componentes del Sistema.

## Garantía del Techo (H)

Su techo esta garantizado por el Contratista solamente contra fugas de agua de penetraciones de techo hechas por el Contratista asociadas con la instalación del Sistema. Véase Acuerdo para detalles de garantía para penetraciones de techo.

## Garantía de Sistema (I)

Proyecciones de niveles de producción eléctrica futuras por el Sistema son solamente estimaciones, y no se garantizan.

## Utilización de Servicio Público y de Electricidad/Suposiciones de Sistema (J)

A usted se le ha proporcionado con estimaciones de ahorros ("Estimación") en su propuesta de Sistema. Por favor tome nota de lo siguiente referente a su propuesta:

- El Contratista **NO ESTA** garantizando estos ahorros.
- El Contratista **SI ESTA** usando calculaciones de ahorros que conforman al Código de Negocios Solar SEIA (www.seia.org/code).

Su estimación fue basada en:

☐ Su estimación de utilización anterior de electricidad

☒ Su utilización anterior de electricidad real

☐ Su estimación de utilización de electricidad en el futuro

Su Estimación supone lo siguiente:

☒ Años de producción de electricidad del Sistema: 25

☒ Una estimada taza actual de **servicio de electricidad** de $ 0.17 /kWh durante el primer año de operación del Sistema con aumentos anuales estimados de 0.9%, 1.9%, 2.9%, 3.9%, o 4.9%. El aumento anual estimado utilizado en su propuesta lo selecciona usted.

☒ Su servicio público seguirá acreditándole por el exceso de energía que su Sistema genere a tazas futuras estimadas de electricidad. Tome nota que acción legislativa o regulatoria puede afectar o eliminar su capacidad de vender o de recibir crédito por cualquier energía excesiva generada por el sistema y puede afectar el precio o el valor de esa energía.

**NOTA:** ES IMPORTANTE ENTENDER QUE LAS TAZAS POR EL SERVICIO PUBLICO PUEDEN AUMENTAR O BAJAR Y QUE LOS AHORROS REALES, SI ES QUE HAY ALGUNO, PUEDEN VARIAR. DATOS HISTORICOS NO NECESARIAMENTE SON REPRESENTATIVOS DE RESULTADOS FUTUROS. PARA MAS INFORMACION REFERENTE A TAZAS, USTED PUEDE COMUNICARSE CON SU SERVICIO PUBLICO LOCAL O PUBLIC REGULATION COMMISSION. INCENTIVOS FISCALES Y OTROS INCENTIVOS FEDERALES, ESTATALES Y LOCALES VARIAN EN CUANTO A

REEMBOLSABILIDAD Y ESTAN SUJETOS A CAMBIOS O TERMINACION POR ACCION EJECUTIVA, LEGISLATIVA O REGULATORIA, QUE PUDIERAN AFECTAR ESTIMACIONES DE AHORRO. CONSULTE A UN ASESOR FISCAL PARA MAS INFORMACION.

**NINGUN EMPLEADO O REPRESENTANTE DE SOLCIUS ESTA AUTORIZADO DE HACER CUALQUIER PROMESA A USTED QUE NO SEA CONTENIDA IN ESTA DECLARACION REVELATORIA REFERENTE A AHORROS DE COSTOS, BENEFICIOS FISCALES, O INCENTIVO DE SERVICIO PUBLICO O GUBERNAMENTAL. USTED NO DEBE DE FIARSE DE CUALQUIER PROMESA O PRESUPUESTO QUE NO VENGA INCLUIDO EN ESTA DECLARACION REVELATORIA.**

## Certificados de Energía Renovable (RECs) (K)

Dependiendo en las leyes de su estado, usted puede vender o ceder cualquier certificado o crédito de energía renovable (RECs) que posea por producir energía renovable a un tercero. Bajo los términos del Acuerdo, cualquier RECs creados por el sistema **NO SERÁN** cedidos al contratista. En algunas jurisdicciones, es posible que tenga que entregar algunos o todos de sus RECs para recibir incentivos estatales, locales, o de su servicio público.

## Período de Cancelación/Derecho a Cancelar (L)

Además de cualquier derechos que tenga bajo la ley estatal o local, usted tiene el derecho de cesar el Acuerdo sin penalización dentro de tres (3) días hábiles del día que firmó el Acuerdo notificando al Contratista en escrito a la dirección mencionada arriba. Si usted escoge cancelar después del periodo de receso de tres días, usted será responsable con el Contratista por cualquier trabajo desempeñado y los cargos incurridos por el contratista antes de que usted proveyera un aviso escrito de cancelación.

## Reconocimiento de Divulgaciones del Cliente

**ESTE DOCUMENTO CONTIENE REVELACIONES IMPORTANTES. POR FAVOR REVISE CUIDADOSAMENTE ANTES DE FIRMAR.**

Nombre del Cliente: Imelda Lopez

Nombre de Co-Firmante: Donaciano Lopez

Firma: Imelda Lopez

Co-Firma: Donaciano Lopez

Fecha: 8/3/2020

Fecha: 8/3/2020