**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| **DONACIANO SALINAS LOPEZ AND IMELDA HINOJOSA LOPEZ,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**MERAKI SOLAR, LLC., SOLCIUS LLC., KARLA TREVINO, AND GOODLEAP, LLC,**<br>**Defendants.** | **CIVIL ACTION NO. 7:25−cv−00067** |

**ORDER**

On this day came on to be heard Defendant GoodLeap, LLC's Motion to Dismiss Plaintiff's Original Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(3) and 12(b)(1) and Motion to Compel Arbitration. The Court having reviewed the Motion is of the opinion that the Motion is meritorious and should be granted. Therefore,

IT IS ORDERED, ADJUDGED, AND DECREED, that this lawsuit is dismissed and compelled to arbitration.

SIGNED ______________________, 2025.

________________________________
JUDGE PRESIDING



4896-9047-2476v.1